IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOUNDRY NETWORKS, INC., <br> a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL USA RESOURCES, INC. <br> a Delaware Corporation, <br> ALCATEL INTERNETWORKING, INC., <br> a California Corporation, <br> COMPAGNIE FINANCIÈRE ALCATEL <br> a French Corporation, and <br> ALCATEL S.A., <br> a French Corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. _____ <br><br> (JURY TRIAL DEMANDED) |

**PLAINTIFF FOUNDRY NETWORKS, INC.'S RULE 7.1
DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Foundry Networks, Inc. discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Of Counsel:

William L. Anthony
Matthew H. Poppe
Michael F. Heafey
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, California  94025
(650) 614-7400

Garret G. Rasmussen
Antony P. Kim
Orrick, Herrington & Sutcliffe LLP
Washington Harbour
3050 K Street, N.W.
Washington, DC 20007-5135
(202) 339-8400

Dated:  August 1, 2006
743515

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
   Philip A. Rovner (#3215)
   Hercules Plaza
   P.O. Box 951
   Wilmington, Delaware  19899-0951
   (302) 984-6000
   provner@potteranderson.com

*Attorneys for Plaintiff Foundry Networks, Inc.*