AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

FOUNDRY NETWORKS, INC.

V.

ALCATEL USA RESOURCES, INC.,
ALCATEL INTERNETWORKING, INC.,
COMPAGNIE FINANCIERE ALCATEL,
ALCATEL S.A.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  06 - 470

TO: (Name and address of Defendant)

ALCATEL USA RESOURCES, INC.
C/O REGISTERED AGENT
CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PHILIP A. ROVNER, ESQ. (#3215)
POTTER ANDERSON & CORROON LLP
HERCULES PLAZA
P.O. BOX 951
WILMINGTON, DE 19899
(302) 984-6000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                AUG 0 1 2006
_____              _____
CLERK                                          DATE

_Evette Waters_ (signature)
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 8/1/06 |
| NAME OF SERVER (PRINT) SHAUN LONG | TITLE | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): PERSONALLY SERVED ALCATEL USA RESOURCES, INC by SERVING ITS REGISTERED AGENT, THE CORPORATION TRUST CO, AT 1209 ORANGE ST, WILM DE 19801 AT 11:30AM PERSON ACCEPTING SERVICE: Scott LaScala

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/1/06
            Date

*Signature of Server*

230 N MARKET ST, WILM DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.