AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

FOUNDRY NETWORKS, INC.

V.

ALCATEL USA RESOURCES, INC.,
ALCATEL INTERNETWORKING, INC.,
COMPAGNIE FINANCIERE ALCATEL,
ALCATEL S.A.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06 - 470

TO: (Name and address of Defendant)

ALCATEL S.A.
C/O SECRETARY OF STATE
STATE OF DELAWARE
TOWNSEND BUILDING
DOVER, DELAWARE

ALCATEL S.A.
54, RUE LA BOETIE
75008, PARIS, FRANCE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PHILIP A. ROVNER, ESQ. (#3215)
POTTER ANDERSON & CORROON LLP
HERCULES PLAZA
P.O. BOX 951
WILMINGTON, DE 19899
(302) 984-6000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    AUG 0 1 2006
CLERK                                              DATE

_Evette Walson_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE August 1, 2006 |
| NAME OF SERVER (PRINT) Marian Hogan | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Secretary of State of Delaware, 4/51 Federal Street Dover DE 19901 Service Accepted by Jamie Stone at 1:44 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8-1-06
    Date

Signature of Server: Marian Hogan

Address of Server: 32 Lockerman Jr St 105 Dover DE 1984

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.