IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOUNDRY NETWORKS, INC., a Delaware Corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-470-SLR |
| ALCATEL USA RESOURCES, INC. a Delaware Corporation, ALCATEL INTERNETWORKING, INC., a California Corporation, COMPAGNIE FINANCIÈRE ALCATEL a French Corporation, and ALCATEL S.A., a French Corporation, | ) ) ) ) ) ) ) ) ) ) ) ) | (JURY TRIAL DEMANDED) |
| Defendants. | ) | |

## **PRAECIPE**

PLEASE ISSUE an alias summons for service of the Complaint upon the defendant as follows:

ALCATEL S.A.  
C/O SECRETARY OF STATE  
STATE OF DELAWARE  
TOWNSEND BUILDING  
DOVER, DELAWARE

ALCATEL S.A.  
54, RUE LA BOETIE  
75008, PARIS, FRANCE

The Alias Summons is requested to complete service under the Delaware long arm statute, 10 *Del. C.* § 3104, *et seq.*

Of Counsel:

William L. Anthony
Matthew H. Poppe
Michael F. Heafey
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, California  94025
(650) 614-7400

Garret G. Rasmussen
Antony P. Kim
Orrick, Herrington & Sutcliffe LLP
Washington Harbour
3050 K Street, N.W.
Washington, DC 20007-5135
(202) 339-8400

Dated:  August 14, 2006
745938

POTTER ANDERSON & CORROON LLP

By: _____
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, Delaware  19899-0951
(302) 984-6000
provner@potteranderson.com

*Attorneys for Plaintiff Foundry Networks, Inc.*