IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOUNDRY NETWORKS, INC., <br> a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL USA RESOURCES, INC. <br> a Delaware Corporation, <br> ALCATEL INTERNETWORKING, INC., <br> a California Corporation, <br> COMPAGNIE FINANCIÈRE ALCATEL <br> a French Corporation, and <br> ALCATEL S.A., <br> a French Corporation, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-470-SLR <br> ) <br> ) <br> ) (JURY TRIAL DEMANDED) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PRAECIPE

PLEASE ISSUE an alias summons for service of the Complaint upon the defendant as follows:

| | |
|---|---|
| COMPAGNIE FINANCIERE ALCATEL <br> C/O SECRETARY OF STATE <br> STATE OF DELAWARE <br> TOWNSEND BUILDING <br> DOVER, DELAWARE | COMPAGNIE FINANCIERE ALCATEL <br> 54, RUE LA BOETIE <br> 75008, PARIS, FRANCE |

The Alias Summons is requested to complete service under the Delaware long arm statute, 10 *Del. C.* § 3104, *et seq.*

| | |
|---|---|
| Of Counsel: | POTTER ANDERSON & CORROON LLP |
| William L. Anthony<br>Matthew H. Poppe<br>Michael F. Heafey<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, California 94025<br>(650) 614-7400 | By: ___/s/ Philip A. Rovner___<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, Delaware 19899-0951<br>(302) 984-6000<br>provner@potteranderson.com |
| Garret G. Rasmussen<br>Antony P. Kim<br>Orrick, Herrington & Sutcliffe LLP<br>Washington Harbour<br>3050 K Street, N.W.<br>Washington, DC 20007-5135<br>(202) 339-8400 | *Attorneys for Plaintiff Foundry Networks, Inc.* |

Dated: August 14, 2006
745935