# UNITED STATES DISTRICT COURT

District of _____Delaware_____

FOUNDRY NETWORKS, INC.

ALIAS
**SUMMONS IN A CIVIL CASE**

V.

ALCATEL USA RESOURCES, INC.,
ALCATEL INTERNETWORKING, INC.,
COMPAGNIE FINANCIERE ALCATEL,
ALCATEL S.A.

CASE NUMBER: 06-470-SLR

TO: (Name and address of Defendant)

ALCATEL S.A.
C/O SECRETARY OF STATE
STATE OF DELAWARE
TOWNSEND BUILDING
DOVER, DELAWARE

ALCATEL S.A.
54, RUE LA BOETIE
75008, PARIS, FRANCE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PHILIP A. ROVNER, ESQ. (#3215)
POTTER ANDERSON & CORROON LLP
HERCULES PLAZA
P.O. BOX 951
WILMINGTON, DE 19899
(302) 984-6000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

AUG 1 4 2006

CLERK

DATE

_Evette Watson_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE August 14, 2006 |
| NAME OF SERVER (PRINT) Marian Hogan | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Secretary of State of Delaware 401 Federal Street Dover DE 19901 Service Accepted by Jamie Stone at 11:04 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8-14-06      *Marian Hogan*
          Date                Signature of Server

32 Loockerman St Ste 109 Dover DE 19901
          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.