IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Foundry Networks Inc. | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-470 SLR |
| Alcetal USA Resources Inc. et al. | : |
| Defendants. | : |

### AFFIDAVIT

I, Elizabeth L. Strickler, being first duly sworn, deposed and say that pursuant to Rule4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, I did send on August 15, 2006 by Registered Mail #RB 366 086 795 US, U.S. Postal Service, to Compagnie Financiere Alcatel, 54, Rue La Boetie, 75008, Paris, France, the following documents:

a) Copy of Alias Summons, Affidavit of Philip A. Rovner and Complaint served upon the Secretary of State of the State of Delaware in connection with the above-captioned case, Rule 7.1 Disclosure; and

b) Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Option.

Elizabeth L. Strickler
Deputy Clerk

Sworn to and subscribed before me
this 15th day of August, 2006.

Ron Eberhard
Deputy Clerk

