

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
302 984-6140 Direct Phone
302 658-1192 Fax
provner@potteranderson.com

August 15, 2006

**BY HAND DELIVERY**

Dr. Peter T. Dalleo
Clerk
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE  19801

      Re:  Foundry Networks, Inc. v. Alcatel USA Resources, Inc., et al.,
            D. Del., C.A. No. 06-470-SLR

Dear Dr. Dalleo:

      Pursuant to Rule 4(f)(2)(C)(ii), I wish to serve process upon defendant Alcatel S.A.. which is a French corporation.  Pursuant to this Rule, I am forwarding to you a copy of the Complaint, Summons and Rule 7.1 Disclosure in the above-captioned action which I wish to have you forward together with a Magistrate Consent Form to the aforesaid non-resident defendant by registered mail, return receipt requested, at the following address:

      Alcatel, S.A.
      54, Rue LaBoetie
      75008, Paris, France

I enclose my Affidavit on service, a pre-addressed envelope and a completed international form for registered mail, return receipt requested.

Dr. Peter T. Dalleo
August 15, 2006
Page 2

  At the appropriate time, I will have an employee of Parcels, Inc. accompany your deputy to the Post Office with funds to pay for the costs of mailing of the documents. I understand that thereafter your office will take care of executing an Affidavit of Mailing to which the Post Office receipt will be attached along with a copy of the cover letter.

              Very truly yours,

              Philip A. Rovner

PAR/mes/743454
Enc.