IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOUNDRY NETWORKS, INC., a Delaware Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C. A. No. 06-470-SLR |
| ALCATEL USA RESOURCES, INC. a Delaware Corporation, ALCATEL INTERNETWORKING, INC., a California Corporation, COMPAGNIE FINANCIÈRE ALCATEL a French Corporation, and ALCATEL S.A., a French Corporation, | ) ) ) ) ) ) ) ) ) ) | (JURY TRIAL DEMANDED) |
| Defendants. | ) | |

### AFFIDAVIT OF PHILIP A. ROVNER

STATE OF DELAWARE    )
                    ) SS.
COUNTY OF NEW CASTLE )

Philip A. Rovner, having been duly sworn does depose and say:

1. As a member of the Bar of this Court, I am an attorney and represent plaintiff Foundry Networks, Inc. in the above-captioned action.

2. Defendant Alcatel S.A. is a French corporation with its principal place of business at 54, Rue LaBoetie, 75008, Paris, France.

3. Plaintiff desires to serve process on defendant Alcatel S.A. pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii).

4. I hereby certify under penalty of perjury that counsel have researched the issue and found that service of process by mail is an acceptable means of service in France.

OF COUNSEL:

William L. Anthony
Matthew H. Poppe
Michael F. Heafey
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, California 94025
(650) 614-7400

Garret G. Rasmussen
Antony P. Kim
Orrick, Herrington & Sutcliffe LLP
Washington Harbour
3050 K Street, NW
Washington, DC 20007-5135
(202) 339-8400

Dated: August 15, 2006
743458

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
provner@potteranderson.com

Attorneys for Plaintiff
Foundry Networks, Inc.

SWORN TO AND SUBSCRIBED before me this 15th day of August, 2006.

/s/ Mary Ellen Stachel
Notary Public