OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 15, 2006

REGISTERED MAIL
<u>RETURN RECEIPT REQUESTED</u>

Alcatel, S.A.
54, Rue La Boetie
75008
Paris, France

RE: Foundry Networks Inc. V. Alcatel USA Resources, Inc. et al.
     Civil Action 06-470 SLR

Dear Sirs/Madam:

    Enclosed please find a copy of Summons, Rule 7.1 Disclosure and Complaint in the above case. This service is made pursuant to Federal Rules of Civil Procedure, Rule 4(f)(2)(C)(ii).

Also enclosed is a Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Option.

Please note that you have twenty (20) days in which to answer the complaint. Your answer should be filed with this Court and served upon the Plaintiff's attorney:

> Philip A. Rovner, Esq,
> Potter Anderson & Corroon LLP
> Hercules Plaza
> P.O. Box 951
> Wilmington, DE 19899

Very truly yours,

BY: PETER T. DALLEO
    CLERK

Encls.
cc:   Philip A. Rovner, Esq,
      Potter Anderson & Corroon LLP
      Hercules Plaza
      P.O. Box 951
      Wilmington, DE 19899

Mailed by: _[signature]_