AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

FOUNDRY NETWORKS, INC.

**SUMMONS IN A CIVIL CASE**

V.

ALCATEL USA RESOURCES, INC.,
ALCATEL INTERNETWORKING, INC.,
COMPAGNIE FINANCIERE ALCATEL,
ALCATEL S.A.

CASE NUMBER:

O 6

TO: (Name and address of Defendant)

> ALCATEL INTERNETWORKING, INC.
> 26801 WEST AGOURA ROAD,
> CALABASAS, CA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> PHILIP A. ROVNER, ESQ. (#3215)
> POTTER ANDERSON & CORROON LLP
> HERCULES PLAZA
> P.O. BOX 951
> WILMINGTON, DE 19899
> (302) 984-6000

an answer to the complaint which is served on you with this summons, within ____ 20 ____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

AUG 0 1 2006

CLERK                                                        DATE

_Evette Watson_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

FOUNDRY NETWORKS INC. V. ALCATEL USA ET AL

## RETURN OF SERVICE CASE #06-470

| Service of the Summons and complaint was made by me[1] (SEE BELOW) | DATE August 15, 2006 At 2:35 pm |
|---|---|
| NAME OF SERVER (PRINT) Richard Gari | TITLE Registered Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: ALCATEL INTERNETWORKING, INC
BY Serving Margaret Wilson, Agent for service @ CT Corporation Sytem
Located at 818 W. 7th Street Los Angeles, Ca 90017

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                 Signature of Server

A & A LEGAL SERVICES
Address of Server    850-697-8431
1541 Old Bayshore Hwy
Burlingame, CA 94010-1602

Additional Documents Served

*Letter dated August 1, 2006

*Notice of Availability of United States Magistrate Judge to Exercise Jurisdiction

* Civil Cover Sheet

* Plaintiff Foundry Networks, inc. Rule 7.1. Disclosure statement

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure