IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOUNDRY NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL USA RESOURCES, INC., ALCATEL INTERNETWORKING, INC., COMPAGNIE FINANCIÈRE ALCATEL, and ALCATEL S.A., <br><br> Defendants. | Civil Action No: 06-470-SLR |

## STIPULATED ORDER EXTENDING TIME

IT IS HEREBY STIPULATED by the parties to this action, subject to the order of this Court, that defendants' time in which to move, plead, or otherwise respond to the Amended Complaint is extended until September 27, 2006. Defendants reserve all rights, defenses, and objections, including but not limited to all defenses and objections pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.

POTTER ANDERSON & CORROON LLP

/s/ Philip A. Rovner
Philip A. Rovner (No. 3215)
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6140
provner@potteranderson.com
Attorneys for Plaintiff

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jingersoll@ycst.com
Attorneys for Defendants

SO ORDERED this _____ day of _____, 2006.

_____
U.S.D.C.