IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOUNDRY NETWORKS, INC., <br> a Delaware Corporation, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) <br> ) | |
| v. | ) <br> ) | Civil Action No. 06-470-SLR |
| ALCATEL USA RESOURCES, INC. <br> a Delaware Corporation, <br> ALCATEL INTERNETWORKING, INC., <br> a California Corporation, <br> COMPAGNIE FINANCIÈRE ALCATEL <br> a French Corporation, and <br> ALCATEL S.A., <br> a French Corporation, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | (JURY TRIAL DEMANDED) |
| Defendants. | ) | |

## AFFIDAVIT OF MAILING

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) ss: |
| COUNTY OF NEW CASTLE | ) |

Philip A. Rovner, being duly sworn, deposes and says:

1. I am an attorney admitted to practice before the Supreme Court of the State of Delaware and before the United States District Court for the District of Delaware and am a partner in the law firm of Potter Anderson & Corroon LLP, counsel for Foundry Networks, Inc., plaintiff herein.

2. Defendant Compagnie Financiere Alcatel is a non-resident of the State of Delaware, but is subject to the jurisdiction of this Court pursuant to 10 *Del. C.* § 3104.

3. Defendant Alcatel S.A. is a non-resident of the State of Delaware, but is subject to the jurisdiction of this Court pursuant to 10 *Del. C.* § 3104.

3.     On August 15, 2006, I caused to be mailed by registered mail, return receipt requested, a letter to defendant Compagnie Financiere Alcatel, 54, Rue LaBoetie, 75008, Paris, France, informing defendant that process had been served pursuant to 10 *Del. C.* § 3104 and that such service was effectual, to all intents and purposes as if it had been made on defendant personally, and enclosing a copy of the Summons, Complaint, Rule 7.1 Disclosure and Magistrate's Consent. The return receipt was received by Philip A. Rovner, Esq. on August 24, 2006, as evidenced by the return receipt attached as Exhibit A.

4.     On August 15, 2006, I caused to be mailed by registered mail, return receipt requested, a letter to defendant Alcatel S.A., 54, Rue LaBoetie, 75008, Paris, France, informing defendant that process had been served pursuant to 10 *Del. C.* § 3104 and that such service was effectual, to all intents and purposes as if it had been made on defendant personally, and enclosing a copy of the Summons, Complaint, Rule 7.1 Disclosure and Magistrate's Consent. The return receipt was received by Philip A. Rovner, Esq. on August 24, 2006, as evidenced by the return receipt attached as Exhibit A.

Dated: August 24, 2006

*[signature]*

SWORN AND SUBSCRIBED before me the day and year aforesaid.

747480

*[signature]*

MARY ELLEN STACKEL
Notary Public
My Commission Expires 4-9-08

2

# EXHIBIT A

| Item Description (Nature de l'envoi) | ☒ Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | ☒ Recorded Delivery (Envoi à livraison attestée) | ☐ Express Mail International |
|---|---|---|---|---|---|---|
| ☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | Article Number RR 366 086 773U | | | |
| Office of Mailing (Bureau de dépôt) | | | Date of Posting (Date de dépôt) | | | |

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Compagnie Financiere Alcatel

Street and No. (Rue et No.)
54 rue La Bretie

Place and Country (Localité et pays)
75008 Paris France

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)

Date: 2006

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Postmark of the office of destination (Timbre du bureau de destination)

PS Form 2865, February 1997 (Reverse)

---

| Item Description (Nature de l'envoi) | ☒ Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | ☒ Recorded Delivery (Envoi à livraison attestée) | ☐ Express Mail International |
|---|---|---|---|---|---|---|
| ☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | Article Number RR 366 086 787 US | | | |
| Office of Mailing (Bureau de dépôt) | | | Date of Posting (Date de dépôt) | | | |

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Alcatel S.A.

Street and No. (Rue et No.)
54 rue La Bretie

Place and Country (Localité et pays)
75008 Paris France

REÇU LE 21 AOUT 2006 COURRIER ALCATEL

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)

Date:

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Postmark of the office of destination (Timbre du bureau de destination)

PS Form 2865, February 1997 (Reverse)