United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 06-470 SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| | Item Description (Nature de l'envoi) | Registered ☐ Article (Envoi recommandé) | ☐ Letter (Lettre) | Printed ☐ Matter (Imprimé) | ☐ Other (Autre) | Recorded Delivery ☐ (Envoi à livraison attestée) | Express ☐ Mail International |
|---|---|---|---|---|---|---|---|
| Completed by the office of origin. (A remplir par le bureau d'origine.) | Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | | Article Number RR 366 086 800 US | | |
| | Office of Mailing (Bureau de dépôt) | | | | Date of Posting (Date de dépôt) | | |
| | Addressee Name or Firm (Nom ou raison sociale du destinataire) Alcatel S.A. | | | | | | |
| | Street and No. (Rue et No.) 54 Rue LaBoetie | | | | | | |
| | Place and Country (Localité et pays) 75008, Paris, France | | | | | | |
| Completed at destination. (A compléter à destination.) | This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail. (Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur). | | | | | | Postmark of the office of destination (Timbre du bureau de destination) |
| | ☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.) | | | | Date | | |
| | Signature of Addressee (Signature du destinataire) | | | Office of Destination Employee Signature (Signature de l'agent du bureau de destination) | | | |

PS Form **2865**, February 1997 (Reverse)

