IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOUNDRY NETWORKS, INC., <br> a Delaware Corporation, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) <br> ) | |
| v. | ) <br> ) | Civil Action No. 06-470-SLR |
| ALCATEL USA RESOURCES, INC. <br> a Delaware Corporation, <br> ALCATEL INTERNETWORKING, INC., <br> a California Corporation, <br> COMPAGNIE FINANCIÈRE ALCATEL <br> a French Corporation, and <br> ALCATEL S.A., <br> a French Corporation, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | (JURY TRIAL DEMANDED) |
| Defendants. | ) | |

## AFFIDAVIT OF MAILING

STATE OF DELAWARE      )
                                               ) ss:
COUNTY OF NEW CASTLE )

Philip A. Rovner, being duly sworn, deposes and says:

1. I am an attorney admitted to practice before the Supreme Court of the State of Delaware and before the United States District Court for the District of Delaware and am a partner in the law firm of Potter Anderson & Corroon LLP, counsel for Foundry Networks, Inc., plaintiff herein.

2. Defendant Compagnie Financiere Alcatel is a non-resident of the State of Delaware, but is subject to the jurisdiction of this Court pursuant to 10 *Del. C.* § 3104.

3. Defendant Alcatel S.A. is a non-resident of the State of Delaware, but is subject to the jurisdiction of this Court pursuant to 10 *Del. C.* § 3104.

3. On August 16, 2006, I caused to be mailed by registered mail, return receipt requested, a letter to defendant Compagnie Financiere Alcatel, 54, Rue LaBoetie, 75008, Paris, France, informing defendant that process had been served pursuant to 10 *Del. C.* § 3104 and that such service was effectual, to all intents and purposes as if it had been made on defendant personally, and enclosing a copy of the Amended Complaint. The return receipt was received by Philip A. Rovner, Esq. on August 28, 2006, as evidenced by the return receipt attached as Exhibit A.

4. On August 16, 2006, I caused to be mailed by registered mail, return receipt requested, a letter to defendant Alcatel S.A., 54, Rue LaBoetie, 75008, Paris, France, informing defendant that process had been served pursuant to 10 *Del. C.* § 3104 and that such service was effectual, to all intents and purposes as if it had been made on defendant personally, and enclosing a copy of the Amended Complaint. The return receipt was received by Philip A. Rovner, Esq. on August 28, 2006, as evidenced by the return receipt attached as Exhibit B.

Dated: August 29, 2006

_____

SWORN AND SUBSCRIBED before me the day and year aforesaid.

747999

_____
MARY ELLEN STACHEL,
Notary Public
My Commission Expires 4-9-08

# EXHIBIT A

| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) | ☒ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | Recorded Delivery (Envoi à livraison attestée) | ☐ Express Mail International |
|---|---|---|---|---|---|---|

**Completed by the office of origin. (A remplir par le bureau d'origine.)**

- Insured Parcel ☐ (Colis avec valeur déclarée)
- Insured Value (Valeur déclarée):
- Article Number: RR 366 0868 13 US
- Office of Mailing (Bureau de dépôt):
- Date of Posting (Date de dépôt): 8-16-06
- Addressee Name or Firm (Nom ou raison sociale du destinataire): Compagnie Financiere Alcatel
- Street and No. (Rue et No.): 54 Rue La Boetie
- Place and Country (Localité et pays): 75008 Paris France

**Completed at destination. (A compléter à destination.)**

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date:

Signature of Addressee (Signature du destinataire) / Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

SERVICE COURRIER

Postmark of the office of destination (Timbre du bureau de destination): 25-8-2006

PS Form **2865**, February 1997 (Reverse)

**EXHIBIT B**

| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) | ☒ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | Recorded Delivery (Envoi à livraison attestée) | ☐ Express Mail International |
|---|---|---|---|---|---|---|
| Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | Article Number RR366086827US | | | |
| Office of Mailing (Bureau de dépôt) | | | Date of Posting (Date de dépôt) 8-16-06 | | | |

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Alcatel S.A.

Street and No. (Rue et No.)
54 Rue La Boetie

Place and Country (Localité et pays)
75008 Paris France

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Postmark of the office of destination (Timbre du bureau de destination)

PS Form **2865**, February 1997 (Reverse)

2