IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOUNDRY NETWORKS, INC., <br> a Delaware Corporation, <br><br> Plaintiff, <br> v. <br><br> ALCATEL USA RESOURCES, INC. <br> a Delaware Corporation, <br> ALCATEL INTERNETWORKING, INC. <br> a California Corporation <br> COMPAGNIE FINANCIÈRE ALCATEL <br> a French Corporation, and <br> ALCATEL S.A., <br> a French Corporation, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 06-470-SLR |

**ALCATEL USA RESOURCES, INC., ALCATEL INTERNETWORKING, INC., COMPAGNIE FINANCIÈRE ALCATEL, AND <u>ALCATEL'S RULE 7.1 DISCLOSURE</u>**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Alcatel USA Resources, Inc., Alcatel Internetworking, Inc., Compagnie Financière Alcatel, and Alcatel hereby certify that the publicly held corporations owning 10% or more of a defendant's stock and/or the defendants'

parent corporations are Alcatel, Alcatel USA, Inc., Alcatel Participations, Alcatel Canada, Inc., and Compagnie Financière Alcatel.

                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                        */s/ John W. Shaw*
                        Josy W. Ingersoll (No. 1088)
                        John W. Shaw (No. 3362)
                        The Brandywine Building
                        1000 West Street, 17th Floor
                        Wilmington, Delaware 19801
                        (302) 571-6600
                        jshaw@ycst.com
                        Attorneys for Defendants

OF COUNSEL
Robert W. Kantner
Mary L. Scott
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, Texas 75201-2980
(214) 953-6500

G. Irvin Terrell
Rufus W. Oliver III
Scott Partridge
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
(713) 229-1234

Dated: October 11, 2006

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on October 11, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Philip A. Rovner, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE 19801

I further certify that on October 11, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL ON OCTOBER 11, 2006**
**AND U.S. MAIL ON OCTOBER 12, 2006**

William L. Anthony, Esquire
wanthony@orrick.com
Matthew H. Poppe, Esquire
mpoppe@orrick.com
Michael F. Heafey, Esquire
mheafey@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
650-614-7400

Garret G. Rasmussen, Esquire
grasmussen@orrick.com
Antony P. Kim, Esquire
akim@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
Washington Harbour
3050 K Street, N.W.
Washington, DC 20007-5135
202-339-8400

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw

Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
John W. Shaw (No. 3362)
jshaw@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600