IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOUNDRY NETWORKS, INC., <br>     a Delaware Corporation, <br><br>     Plaintiff, <br> v. <br><br> ALCATEL USA RESOURCES, INC. <br>     a Delaware Corporation, <br> ALCATEL INTERNETWORKING, INC. <br>     a California Corporation <br> COMPAGNIE FINANCIÈRE ALCATEL <br>     a French Corporation, and <br> ALCATEL S.A., <br>     a French Corporation, <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> )    C.A. No. 06-470-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OF DEFENDANTS ALCATEL AND COMPAGNIE FINANCIÈRE ALCATEL

Defendants Alcatel[1] ("Alcatel (France)") and Compagnie Financière Alcatel ("CFA") hereby move to dismiss the Amended Complaint of Foundry Networks, Inc. pursuant to FED. R. CIV. P. 12(b)(2). The grounds for this motion are fully set forth in Alcatel (France) and CFA's Opening Brief in support of their Motion to Dismiss, filed contemporaneously herewith.

---

[1] Alcatel's correct name is "Alcatel", but is sometimes referred to by others as "Alcatel S.A." To avoid confusion with the other Defendants, Alcatel will be referred to as "Alcatel (France)."

WHEREFORE, Defendants Alcatel (France) and CFA respectfully request that the Court dismiss the Amended Complaint and grant such other relief to which Defendants are entitled.

Respectfully submitted,

/s/ John W. Shaw

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

ATTORNEYS FOR DEFENDANTS COMPAGNIE FINANCIÈRE ALCATEL AND ALCATEL

OF COUNSEL
Robert W. Kantner
Mary L. Scott
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, Texas 75201-2980
(214) 953-6500

G. Irvin Terrell
Rufus W. Oliver III
Scott Partridge
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
(713) 229-1234

Dated: October 11, 2006

2

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on October 11, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Philip A. Rovner, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE 19801

I further certify that on October 11, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL ON OCTOBER 11, 2006**
**AND U.S. MAIL ON OCTOBER 12, 2006**

William L. Anthony, Esquire
*wanthony@orrick.com*
Matthew H. Poppe, Esquire
*mpoppe@orrick.com*
Michael F. Heafey, Esquire
*mheafey@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
650-614-7400

Garret G. Rasmussen, Esquire
*grasmussen@orrick.com*
Antony P. Kim, Esquire
*akim@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
Washington Harbour
3050 K Street, N.W.
Washington, DC 20007-5135
202-339-8400

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw

Josy W. Ingersoll (No. 1088)
*jingersoll@ycst.com*
John W. Shaw (No. 3362)
*jshaw@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOUNDRY NETWORKS, INC.,<br>    a Delaware Corporation,<br><br>    Plaintiff,<br>v.<br><br>ALCATEL USA RESOURCES, INC.<br>    a Delaware Corporation,<br>ALCATEL INTERNETWORKING, INC.<br>    a California Corporation<br>COMPAGNIE FINANCIÈRE ALCATEL<br>    a French Corporation, and<br>ALCATEL S.A.,<br>    a French Corporation,<br><br>    Defendants. | C.A. No. 06-470-SLR |

## ORDER

At Wilmington this ____ day of _____, 2006, having considered Defendants Alcatel and Compagnie Financière Alcatel's Motion to Dismiss, and the parties' arguments in support of and in opposition to the motion,

IT IS HEREBY ORDERED that Defendants Alcatel and Compagnie Financière Alcatel's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) is GRANTED.

_____
United States District Judge