IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOUNDRY NETWORKS, INC., a Delaware Corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-470-SLR |
| ALCATEL USA RESOURCES, INC. a Delaware Corporation, ALCATEL INTERNETWORKING, INC. a California Corporation COMPAGNIE FINANCIÈRE ALCATEL a French Corporation, and ALCATEL S.A., a French Corporation, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DECLARATION OF ERIC LUCAS IN SUPPORT
OF THE MOTION TO DISMISS OF ALCATEL AND
COMPAGNIE FINANCIÈRE ALCATEL**

I, Eric Lucas, declare as follows:

1. My name is Eric Lucas. I am over the age of eighteen years, of sound mind, and competent in all respects to make this Declaration. I have personal knowledge of the following facts.

2. I am employed by Alcatel USA Resources, Inc. ("Alcatel Resources"). I am the Assistant General Counsel, Director of Patent Licensing and I am responsible for licensing intellectual property in the United States.

3. David Hawkes, an employee of CFA specializing in intellectual property licensing, participated in settlement negotiations concerning a dispute over the patents that are the subject of the patent case, Civil Action No. 05-418-SLR. The settlement negotiations, which

I understand did not take place in Delaware, did not lead to a resolution of the dispute with Foundry.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on  October 11, 2006

_____
Eric Lucas

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on October 11, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Philip A. Rovner, Esquire
> Potter Anderson & Corroon LLP
> 1313 N. Market Street
> Wilmington, DE 19801

I further certify that on October 11, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL ON OCTOBER 11, 2006**
**AND U.S. MAIL ON OCTOBER 12, 2006**

William L. Anthony, Esquire
*wanthony@orrick.com*
Matthew H. Poppe, Esquire
*mpoppe@orrick.com*
Michael F. Heafey, Esquire
*mheafey@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
650-614-7400

Garret G. Rasmussen, Esquire
*grasmussen@orrick.com*
Antony P. Kim, Esquire
*akim@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
Washington Harbour
3050 K Street, N.W.
Washington, DC 20007-5135
202-339-8400

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw
_____
Josy W. Ingersoll (No. 1088)
*jingersoll@ycst.com*
John W. Shaw (No. 3362)
*jshaw@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600