IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOUNDRY NETWORKS, INC.,<br>a Delaware Corporation, | ) ) ) | |
| Plaintiff,<br>v. | ) ) ) | C.A. No. 06-470-SLR |
| ALCATEL USA RESOURCES, INC.<br>a Delaware Corporation,<br>ALCATEL INTERNETWORKING, INC.<br>a California Corporation<br>COMPAGNIE FINANCIÈRE ALCATEL<br>a French Corporation, and<br>ALCATEL S.A.,<br>a French Corporation, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION OF DEFENDANTS ALCATEL USA RESOURCES, INC., AND ALCATEL INTERNETWORKING, INC. TO DISMISS AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(6), Defendants Alcatel USA Resources, Inc. ("Alcatel Resources") and Alcatel Internetworking, Inc. ("AII") hereby move to dismiss Plaintiff's Amended Complaint. The grounds for this motion are fully set forth in Alcatel Resources and AII's Opening Brief in support of their Motion to Dismiss, filed contemporaneously herewith.

WHEREFORE, Defendants Alcatel Resources and AII respectfully request that the Court enter the attached Order granting their Motion to Dismiss the Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6).

Respectfully submitted,

_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

OF COUNSEL
Robert W. Kantner
Mary L. Scott
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, Texas 75201-2980
(214) 953-6500

G. Irvin Terrell
Rufus W. Oliver III
Scott Partridge
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
(713) 229-1234

ATTORNEYS FOR DEFENDANTS
ALCATEL USA RESOURCES, INC. AND
ALCATEL INTERNETWORKING, INC.

Dated:  October 11, 2006

DB02:5555346.2                                                                                           065537.1001

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on October 11, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Philip A. Rovner, Esquire
> Potter Anderson & Corroon LLP
> 1313 N. Market Street
> Wilmington, DE  19801

I further certify that on October 11, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL  ON OCTOBER 11, 2006**
**AND U.S. MAIL ON OCTOBER 12, 2006**

William L. Anthony, Esquire
*wanthony@orrick.com*
Matthew H. Poppe, Esquire
*mpoppe@orrick.com*
Michael F. Heafey, Esquire
*mheafey@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
650-614-7400

Garret G. Rasmussen, Esquire
*grasmussen@orrick.com*
Antony P. Kim, Esquire
*akim@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
Washington Harbour
3050 K Street, N.W.
Washington, DC  20007-5135
202-339-8400

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
*jingersoll@ycst.com*
John W. Shaw (No. 3362)
*jshaw@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOUNDRY NETWORKS, INC.,<br>    a Delaware Corporation,<br><br>       Plaintiff,<br>    v.<br><br>ALCATEL USA RESOURCES, INC.<br>    a Delaware Corporation,<br>ALCATEL INTERNETWORKING, INC.<br>    a California Corporation<br>COMPAGNIE FINANCIÈRE ALCATEL<br>    a French Corporation, and<br>ALCATEL S.A.,<br>    a French Corporation,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)       C.A. No. 06-470-SLR |

## **ORDER**

At Wilmington this _____ day of _____, 2006, having considered Defendants

Alcatel USA Resources, Inc. and Alcatel Internetworking, Inc.'s Motion to Dismiss, and the

parties' arguments in support of and in opposition to the motion,

IT IS HEREBY ORDERED that Defendants Alcatel USA Resources, Inc. and Alcatel

Internetworking, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) is GRANTED.

_____
United States District Judge

065537.1001