IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOUNDRY NETWORKS, INC., <br> a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL USA RESOURCES, INC. <br> a Delaware Corporation, <br> ALCATEL INTERNETWORKING, INC., <br> a California Corporation, <br> COMPAGNIE FINANCIÈRE ALCATEL <br> a French Corporation, and <br> ALCATEL S.A., <br> a French Corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 06-470-SLR <br><br> (JURY TRIAL DEMANDED) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for plaintiff to file and serve its answering briefs in opposition to the Motion to Dismiss for Lack of Personal Jurisdiction filed by defendants Alcatel S.A. and Compagnie Financière Alcatel (D.I. 30) and the Motion To Dismiss Amended Complaint for failure to state a claim filed by defendants Alcatel USA Resources, Inc. and Alcatel Internetworking, Inc. (D.I. 35) (collectively, the "Motions") is hereby extended to November 22, 2006 (by 12:00 noon); and the time for defendants to file and serve their reply briefs in support of the Motions is hereby extended to December 11, 2006.

| POTTER ANDERSON & CORROON LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| By: /s/ Philip A. Rovner<br>    Philip A. Rovner (#3215)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, Delaware 19899-0951<br>    (302) 984-6000<br>    provner@potteranderson.com<br><br>*Attorneys for Plaintiff* | By: /s/ John W. Shaw<br>    Josy W. Ingersoll (#1088)<br>    John W. Shaw (#3362)<br>    The Brandywine Building<br>    1000 West Street, 17th Floor<br>    Wilmington, DE 19801<br>    (302) 571-6600<br>    jingersoll@ycst.com<br>    jshaw@ycst.com<br><br>*Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

756641