## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOUNDRY NETWORKS, INC.,<br>   a Delaware Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-470-SLR |
| ALCATEL USA RESOURCES, INC.<br>   a Delaware Corporation,<br>ALCATEL INTERNETWORKING, INC.,<br>   a California Corporation,<br>COMPAGNIE FINANCIÈRE ALCATEL<br>   a French Corporation, and<br>ALCATEL S.A.,<br>   a French Corporation, | ) ) ) ) ) ) ) ) ) ) | (JURY TRIAL DEMANDED)<br><br>**PUBLIC VERSION** |
| Defendants. | ) | |

## DECLARATION OF PHILIP A. ROVNER IN SUPPORT OF OPPOSITION
## TO DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b)(2)

Of Counsel:
William L. Anthony
Matthew H. Poppe
Michael F. Heafey
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, California 94025
(650) 614-7400

Garret G. Rasmussen
Antony P. Kim
Orrick, Herrington & Sutcliffe LLP
Washington Harbour
3050 K Street, N.W.
Washington, DC 20007-5135
(202) 339-8400

Dated: November 22, 2006
Public Version: November 30, 2006

Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000
provner@potteranderson.com

*Attorneys for Plaintiff*
*Foundry Networks, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOUNDRY NETWORKS, INC.,<br>   a Delaware Corporation,<br><br>      Plaintiff,<br><br>    v.<br><br>ALCATEL USA RESOURCES, INC.<br>   a Delaware Corporation,<br>ALCATEL INTERNETWORKING, INC.,<br>   a California Corporation,<br>COMPAGNIE FINANCIÈRE ALCATEL<br>   a French Corporation, and<br>ALCATEL S.A.,<br>   a French Corporation,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-470-SLR<br><br>(JURY TRIAL DEMANDED)<br><br>**PUBLIC VERSION** |

### DECLARATION OF PHILIP A. ROVNER IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b)(2)

I, Philip A. Rovner, declare as follows:

1.    I am a member of the law firm of Potter Anderson & Corroon LLP, counsel of record for Plaintiff Foundry Networks, Inc. ("Foundry").

2.    I submit this declaration in support of Foundry's Answering Brief In Opposition to Defendants' Motion To Dismiss For Lack of Personal Jurisdiction.

3.    Attached hereto as Exhibit A is a true and correct copy of a printout from Defendants' Alcatel's "Worldwide" online webpage, *at* http://www.alcatel.com/?geo UsRedirect=geoUsRedirect (last accessed on November 20, 2006).

4.    Attached hereto as Exhibit B is a true and correct copy of a printout from Defendants' Alcatel "United States" online webpage, *at* http://www.usa.alcatel.com/ (last accessed on November 20, 2006).

5.      Attached hereto as Exhibit C is a true and correct copy of a printout from the U.S. Patent & Trademark Office's online database, *at* http://patft.uspto.gov/netacgi/ nph-Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=%2Fnetahtml%2FPTO%2Fsearch-bool.html&r=0&f=S&l=50&TERM1=alcatel&FIELD1=ASNM&co1=AND&TERM2= &FIELD2=&d=PTXT (last accessed November 20, 2006).  The printout is the first of multiple pages resulting from a search for all patents where "Alcatel" is named as an assignee.

6.      Attached hereto as Exhibit D is a true and correct copy of a printout from the IEEE's website, *at* http://www.ieee802.org/1/linksec/meetings/Mar03/LinkSec Attendance_0303.pdf (last accessed November 20, 2006), listing Gerard Vergnand as an attendee at the Link Security Executive Committee Study Group on March 10-12, 2003. Mr. Vergand's phone number is listed as +33 155 66 5706; his email is listed as gerard.vergnand@alcatel.fr.

7.      Attached hereto as Exhibit E is a true and correct copy of the original Complaint for Patent Infringement and for Declaratory Judgment of Noninfringement filed by Alcatel USA Resources, Inc. and Alcatel Internetworking, Inc. on June 21, 2005 in the action entitled: *Alcatel USA Resources, Inc. and Alcatel Internetworking, Inc. v. Foundry Networks, Inc.*, D. Del., C.A. No. 05-418-SLR (the "Delaware litigation").

8.      REDACTED

2

REDACTED

I declare under penalty of perjury under the laws of the United States of America

that the foregoing statements are true and correct.

Dated:  November _22__, 2006                    /s/ Philip A. Rovner
Public Version: November 30, 2006               Philip A. Rovner

3

# EXHIBIT A

Alcatel Builds Next Generation Networks



ALCATEL

BROADEN YOUR LIFE

Worldwide

**Select Country/Region**

United States

**Solutions For**

- Service Providers
- Enterprises
- Small and Medium Businesses
- Mobile Phones and Consumer Products
- Space
- Industries and Public Sectors

**Resources For**

- Partners
- Suppliers
- Investors
- Industry Analysts
- Press

- Sustainable Development
- Careers @ Alcatel
- Other Businesses

**STOCK PRICE**

Paris

Home    About Alcatel    News    Products & Solutions



ITU TELECOM WORLD 2006
December 4-8, AsiaWorld-Expo, Hong Kong

Alcatel @ ITU Telecom World 2006, Hong Kong
Alcatel is all set to establish itself at this much-awaited event with a comprehensive showcase of solutions, presentations, and briefings that address the needs of high growth markets and the transformation of service provider networks in them.

News          Monday, November 20, 2006

Cingular Wireless selects Alcatel multiservice solution as operator migrates to IP

Alcatel and Lucent receive CFIUS approval to proceed with proposed merger

Alcatel selected by CTM for Macau's IP transformation

Hanaro Telecom selects Alcatel for advanced broadband network

Cable & Wireless deploys Alcatel router technology for its Next Generation Network

more news

Register    Contact Us    Login

Search

Support    Careers



Alcatel awards the first « Alcatel Prize for the European Month of Photography »
By creating this prize, awarded to French Artist Philippe Ramette, Alcatel is reconfirming its support for photography as the theme of its cultural sponsoring activities.

Alcatel and Lucent merger agreement
Alcatel and Lucent receive CFIUS approval to proceed with proposed merger



Webinars
N O V E M B E R

Powering up on User-Centric Broadband Services
Hear what Alcatel has to offer for a seamless transition to user-centric broadband services in this exclusive line-up of





Alcatel Builds Next Generation Networks

10.65 Euro
Nov 20, 2006 at 17:37

New York
13.6 Dollars
Nov 20, 2006 at 13:59

Alcatel provides communications solutions to telecommunication carriers, Internet service providers and enterprises for delivery of voice, data and video applications to their customers or employees. Alcatel brings its leading position in fixed and mobile broadband networks, applications and services, to help its partners and customers build a user-centric broadband world. With sales of EURO 13.1 billion and 58,000 employees in 2005, Alcatel operates in more than 130 countries.

November Light Reading webinars. Register today!



SubOptic 2007, May 14-17, 2007, Baltimore (USA)
Join us at SubOptic 2007 and register prior to November 30 at a special early discounted rate.

Back to top

All rights reserved © Copyright 2006 Compagnie Financière Alcatel, Paris, France.

Legal Notices, Privacy Statement and Terms of Use

# EXHIBIT B

Alcatel Builds Next Generation Networks





**ALCATEL**

Register    Contact Us    Login

Search

United States

**Select Country/Region**

Alcatel World Wide

Home    About Alcatel    Products & Solutions    Support



IP Network Transformation

**Solutions For**

- Service Providers
- Enterprises
- Small and Medium Businesses
- Space
- Industries and Public Sectors

**Resources For**

- Consultants
- Partners
- Suppliers
- Investor Relations
- Industry Analysts
- Press

- Sustainable Development
- Careers @ Alcatel
- Other Businesses

**STOCK PRICE**

Paris
10.65 Euro

News          Monday, November 20, 2006

Cingular Wireless selects Alcatel multiservice solution as operator migrates to IP

Alcatel and Lucent receive CFIUS approval to proceed with proposed merger

Alcatel selected by CTM for Macau's IP transformation

Hanaro Telecom selects Alcatel for advanced broadband network

Cable & Wireless deploys Alcatel router technology for its Next Generation Network

more news



Product Training Catalog
View class schedules and register for courses



Alcatel and Lucent merger agreement
Alcatel shareholders approve all proposed resolutions related to the merger with Lucent Technologies.

Alcatel leads discussion on enhanced communications and business models!
Alcatel will be a key industry speaker at the Yankee Group Decision Summit entitled, "The 2006 Telecom Industry Forum Reinventing Communications: The Impact of Ubiquity on Networks, Service Delivery and Business Models".

Alcatel leadership in healthcare communications recognized in multi-year deal.
The University of Pittsburgh Medical Center has selected Alcatel to lead a $ 300 million communications infrastructure upgrade.

Alcatel Builds Next Generation Networks

Nov 20, 2006 at 17:37

New York
13.6 Dollars
Nov 20, 2006 at 14:01

Alcatel provides communications solutions to telecommunication carriers, Internet service providers and enterprises for delivery of voice, data and video applications to their customers or employees. Alcatel brings its leading position in fixed and mobile broadband networks, applications and services, to help its partners and customers build a user-centric broadband world. With sales of EURO 12.3 billion and 56,000 employees in 2004, Alcatel operates in more than 130 countries.



TelcoTV 2006
November 6-8

2006 TelcoTV Conference & Expo
The 5th Annual Telco TV Conference & Expo is this year's premier event for telecom carriers interested in IPTV, and Alcatel is proud to be a Platinum sponsor with speakers throughout the event and an exhibit-packed booth.

Back to top

All rights reserved © Copyright 2006 Compagnie Financière Alcatel, Paris, France.

Legal Notices, Privacy Statement and Terms of Use

# EXHIBIT C

## USPTO PATENT FULL-TEXT AND IMAGE DATABASE

[ Home ]  [ Quick ]  [ Advanced ]  [ Pat Num ]  [ Help ]

[ Next List ]  [ Bottom ]  [ View Cart ]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**AN/alcatel: 4727 patents.**
*Hits 1 through 50 out of 4727*

[ Next 50 Hits ]

[ Jump To ]

[ Refine Search ]  AN/alcatel

| PAT. NO. | Title |
|---|---|
| 1 7,136,650 | Method for routing messages between a mobile control and cell control functional entities of a distributed radio access network |
| 2 7,136,597 | Decision system for modulated electrical signals |
| 3 7,136,401 | Multiple output Raman fiber laser with stable and small output power for seed applications |
| 4 7,136,388 | Clock synchronization system and method for use in a scalable access node |
| 5 RE39,378 | Optical channel regulator and method |
| 6 7,133,413 | Time multiplexing method, and related arrangements to be used in a central station and network terminals of a communications network |
| 7 7,133,360 | Conditional bandwidth subscriptions for multiprotocol label switching (MPLS) label switched paths (LSPs) |
| 8 7,133,359 | Fast restoration mechanism and method of determining minimum restoration capacity in a transmission networks |
| 9 7,132,620 | Inductive thermal plasma torch |
| 10 7,131,484 | Modular architecture for thermal control in a spacecraft |
| 11 7,131,109 | Method of managing information in Java |
| 12 7,130,877 | Request processing switch |
| 13 7,130,605 | Method and device for synchronization and cancellation of a plurality on interfering signals in radio transmission with frequency reuse |
| 14 7,130,537 | Safety shutdown system for a WDM fiber optic communications network |
| 15 7,130,397 | Apparatus, and an associated method, for detecting a mass call event and for ameliorating the effects thereof |
| 16 7,130,028 | Method of detecting a luminous signal and lidar system |
| 17 7,129,881 | Pipeline analog to digital converter |
| 18 7,129,848 | Remote monitoring method and system |
| 19 7,127,658 | Method and encoder for implementing a fully protected multidimensional linear block code |
| 20 7,127,527 | Network element terminal data interface system and method |

21 7,127,133 T Monolithically integrated optic triplexer and method for making same
22 7,127,062 T Hybrid circuit for a broadband modem
23 7,127,006 T Method for transmitting frames comprising bursts modulated with different modulation schemes on radio communication channel
24 7,126,997 T Multicarrier receiver
25 7,126,949 T Source identifier for MAC address learning
26 7,126,943 T Method and apparatus for interfacing a parallel connection
27 7,126,910 T Load balancing technique for a resilient packet ring
28 7,126,678 T Polarized lightwave reflectometry method (POTDR)
29 7,123,994 T Power consumption management method
30 7,123,881 T Method for improving performances of a mobile radiocommunication system using a power control algorithm
31 7,123,841 T Optical transmission system
32 7,123,834 T Transmission system and method for equalization of channels in the system
33 7,123,619 T Telecommunication network and a method for controlling such network
34 7,121,120 T Method of glazing an optical fiber preform with a plasma of reduced power
35 7,120,833 T Error codes in Agent X
36 7,120,169 T Network device and method for delay compensation of data packets
37 7,119,754 T Receiving antenna for multibeam coverage
38 7,119,546 T Method for single ended line testing and single ended line testing device
39 7,118,076 T Satellite comprising means for transferring heat from a shelf supporting equipment to radiator panels
40 7,117,195 T Method for deploying a service and a method for configuring a network element in a communication network
41 7,116,732 T Method and apparatus for decoding a bit sequence
42 7,116,686 T Transmitter for a very high speed digital subscriber line
43 7,116,679 T Multi-service network switch with a generic forwarding interface
44 7,116,642 T SONET/SDH data link administration and management
45 7,116,470 T Raman amplifying device and method for pump modulation
46 7,114,182 T Statistical methods for detecting TCP SYN flood attacks
47 7,113,989 T Command line interface processor
48 7,113,741 T Optimized method of transmitting multimedia content
49 7,113,575 T ADSL filter
50 7,113,483 T Dichotomy-based method of tracing a route between two nodes of a data network

Next List    Top    View Cart

Home    Quick    Advanced    Pat Num    Help

# EXHIBIT D

# Link Security Executive Committee Study Group
## Attendance List March 10-12, 2003

| Name | Email | Telephone | Mon-AM | Mon-PM | Tu-PM | Wed-AM |
|---|---|---|---|---|---|---|
| Abaye, Ali | ali@centellium.com | 510 771-3600 | x | | x | |
| Abe, Atsushi | abe.atsushi@lab.ntt.co.jp | +81 422 59-4781 | | | | |
| Agrawal, Sanjay K. | sagrawal@stanfordalumni.org | - | | | | |
| Alonge, Ken | kenneth.alonge@verizon.net | 703 960-7057 | x | x | x | x |
| Ayandeh, Siamack | sayandeh@txc.com | 781 276-4192 | | x | x | |
| Bell, Les | les_bell@3com.com | +44 1442-438025 | x | x | | x |
| Bottorff, Paul | pbottorf@nanteknetworks.com | 408 495-3365 | | x | | |
| Brandner, Rudolf | rudolf.brandner@siemens.com | +49 89 722-51003 | x | | | |
| Burns, Jim | jeb@mtghouse.com | +1 603 430-7710 | x | x | | x |
| Carugi, Marco | marco.carugi@nortelnetworks.com | +33 1 695 57027 | | | | |
| Cavendish, Dirceu | dirceu@ccrc.sg.nec.com | 408 863-6041 | x | x | | |
| Chang, Ted | ted.chang@zteoptical.com | 1 972 671-8885 | | x | | |
| Chaplin, Clint | cchaplin@sj.symbol.com | 408 528-2766 | x | | | |
| Chickinsky, Alan | achickinsky@ngc.com | 703 633-8300 x8554 | x | | | |
| Chirurow, Girish | girish.chirurow@alcatel.com | 972 477-2441 | x | x | | |
| Choi, Su-il | csi@eari.re.kr | +82 42 860-6678 | | | | |
| Christoffersson, Per | per.e.christoffersson@telia.com | +46 705 592-5100 | x | | | |
| Congdon, Paul | paul.congdon@hp.com | 916 785-5753 | x | x | | x |
| Cook, Charles | cicook@qwest.com | +1 303 541-5135 | | | | |
| Dineen, Thomas | tdineen@ix.netcom.com | 408 956-0539 | | | | |
| Dugerdil, Bernard | b.dugerdil@motorola.com | | | | | |
| Elbakonny, Hesham | helbakon@nortelnetworks.com | 408 495-3410 | x | x | x | |
| Elie-dit-Cosaque, David | david_elie_dit_cosaque@alcatel.com | 972 477-2478 | x | x | x | |
| Finn, Norm | nfinn@cisco.com | +1 408 526-4495 | x | x | | |
| Frattura, David | frattura@enterasys.com | 212 946-9239 | x | x | | x |
| Fujimoto, Yukihiro | fujimoto@ansl.ntt.co.jp | +81 43 211-3290 | | x | x | |
| Gaglianello, Bob | rdg@lucent.com | 732 949-0602 | | | | |
| Goubert, Gerard | gwg@iol.unh.edu | 603 862-2960 | | x | | x |
| Gummalla, Ajay | gvac@hotmail.com | +1 404 846-1180 | x | x | x | x |
| Haddock, Stephen | shaddock@extremenetworks.com | 408 579-2812 | | x | | |
| Heer, Arjan de | ariecheer@lucent.com | +31 35 687-5721 | x | x | | x |
| Hirth, Ryan | rhirth@terawave.com | 707 769-6311 | | x | | |
| Iino, Satoshi | iino.satoshi@jp.panasonic.com | +81 45 999 1222 | | | | |
| Inone, Tohru | inone_tohru@sei.co.jp | +81 6 6466-5609 | x | x | | x |
| Iwata, Atsushi | a-iwata@ah.jp.nec.com | +81 44 856-2123 | x | | | |
| James, David | dvj@alom.mit.edu | 650 494-0926 | x | | | |
| Jang, Youngkyoo | jamiskra@samsung.com | +82 31 279-5065 | x | x | x | x |
| Jarvis, Neil | njarvis@cisco.com | +44 131 561-3631 | x | x | | x |
| Jeffree, Tony | tony@jeffree.co.uk | +44 161 973-4278 | | | | x |
| Jha, Pankaj K. | pkj@cypress.com | 408 432-7091 | | | | |
| Jones, Peter | pjones@luminous.com | 408 342-2513 | x | | | |
| Jou, Tyan-Shu | tsjou@janusysnetworks.com | - | x | | x | |
| Kawaguchi, Kazuho | kawagachi365@oki.com | +81 43 296-2351 | | x | | |
| Kaycee, Mahu | m_kaycee@hetterasnetworks.com | +1 919 991-5001 | x | | | x |

# Link Security Executive Committee Study Group
## Attendance List March 10-12, 2003

| Name | Email | Telephone | Mon-AM | Mon-PM | Tu-PM | Wed-AM |
|---|---|---|:-:|:-:|:-:|:-:|
| Khermosh, Lior | lior.khermosh@passave.com | +972 3 688-7272 | | | | |
| Kim, Ajung | ajung@samsung.com | +82 31 279-5129 | | | | |
| Kim, Chan | ckim@etri.re.kr | +82 42 863-5773 | x | x | | |
| Kim, Jin | jin2000.kim@samsung.com | +82 031 279-5547 | | | | |
| Kim, Jong Hee | aa8941@samsung.co.kr | +82 31 279-5064 | | | | |
| Kim, Junghak | junghak@etri.re.kr | +82 42 860-6815 | | | | |
| Kottapalli, Sreen | sreeni@centellium.com | 510 771-3462 | | | | |
| Kramer, Glen | glen.kramer@teknovus.com | 530 306-5039 | | | | |
| Kuo, Ted | ted@janusysnetworks.com | - | | x | x | |
| Lam, Jackson | lamcs@icr.a-star.edu.sg | +65 68709158/ +65 64 | | | | |
| Lambert, Paul | paul@airgonetworks.com | 650 475-2006 | | | x | |
| Lane, Bill | bill_lane@ieee.org | +1 530 888-1950 | x | x | | |
| Lapuh, Roger | rlapuh@nortelnetworks.com | 408 495-1599 | | | | x |
| Lee, Cheng-Yin | cheng-yin.lee@alcatel.com | 613 784-3477 | | | x | |
| Lee, Hoon | hlee@etri.re.kr | +82 42-860-1319 | | | x | |
| Lee, Jaehwoon | jaehwoon@dongguk.edu | +82 2 226-03849 | | | | |
| Leech, Marcus | mleech@nortelnetworks.com | +1 613 763-9145 | x | x | x | x |
| Lim, Seyoun | proyoun.lim@samsung.com | +82 31 279-5247 | | | | |
| Maislos, Ariel | ariel.maislos@passave.com | 408 530-0458 | | | | |
| Mani, Mahalingam | mmani@avaya.com | + 1 408 321-4840 | x | x | x | |
| McCammon, Kent | kmccammon@tri.sbc.com | 925 598-1246 | | | | |
| McIntosh, Bill | bmcintosh@fortresstech.com | 813 288-7388 | | | | |
| Michalowski, Richard | richard.michalowski@mail.sprint.com | 913 624-3882 | | | | |
| Minard, Julian | jminard@artelinc.com | 703 1020-1700 | x | | | |
| Mitton, David | david@mitton.com | 978 683-1814 | x | | | |
| Miyashi, Hidekazu | miyoshi_hidekazu@sei.co.jp | +81 6 6466-5609 | | x | x | |
| Mohan, Dinesh | mohand@nortelnetworks.com | 613 763-4794 | | x | | x |
| Moreton, Mike | mike.moreton@stand.com | - | x | | | |
| Moskowitz, Bob | rgm@truesecure.com | 248 968-9809 | x | x | | x |
| Murakami, Ken | murakami@isl.melco.co.jp | +81 467 41-2433 | | | | |
| Naslund, Mats | mats.naslund@eru.ericsson.se | +46 858 533739 | x | x | | |
| Nelson, David B. | dnelson@enterasys.com | 978 684-1330 | x | | | |
| Obara, Satoshi | sobara@fla.fujitsu.com | 408 530-4618 | | x | | x |
| O'connor, Don | don.occonnor@fnc.fujitsu.com | 972 479-3672 | x | x | | x |
| Parsons, Glen | gparsons@nortelnetworks.com | +1 613 763-7582 | | | | |
| Patton, Ken | kpatton@cisco.com | - | x | x | | x |
| Pesavento, Gerry | gerry.pesavento@teknovus.com | +1 707 665-0400 | | | x | |
| Petkov, Georgi | georgi.petkov@hd.neceuv.com | | | | | |
| Pietilainen, Antti | antti.pietilainen@nokia.com | +358 71 803-6660 | x | | x | |
| Pigg, James | jamespigg@earthlink.net | 626 966-5773 | x | | | |
| Quackenbush, William | billq@attglobal.net | 650 328-6812 | | | | |
| Reichstein, Frank K. | frank.reichstein@hp.com | - | | x | | |
| Roese, John J. | jjr@enterasys.com | 603 332-9400 | x | x | | |
| Romanov, Allyn | allyn@cisco.com | +1 408 525-8836 | x | x | x | x |
| Romascanu, Dan | dromasca@avaya.com | + 972 3 645-8414 | x | x | | x |

# Link Security Executive Committee Study Group
## Attendance List March 10-12, 2003

| Name | Email | Telephone | Mon-AM | Mon-PM | Tu-PM | Wed-AM |
|------|-------|-----------|--------|--------|-------|--------|
| Rommer, Stefan | stefan.rommer@erv.ericsson.com | +46 31 7470729 | x | | | |
| Rouyer, Jessy V. | jessy.rouyer@alcatel.com | 972 477-7379 | x | x | | |
| Sala, Dolors | dolors@ieee.org | | x | x | x | x |
| Sambasivan, Sam | bsambasivan@tri.sbc.com | 512 372-5809 | | | | |
| Saracino, Concita | concita@aethra.it | +39 071 218981 | | | x | |
| Seaman, Mick | mick_seaman@ieee.org | | x | x | | |
| Sheltoon, Tamara | tamara@athenecon.com | 650 722-1017 | | | | |
| Shen, Ming | mingshen@janusysnetworks.com | 408 519-7513 | x | | x | |
| Simpson, Floyd | floyd.simpson@motorola.com | 954 723-5269 | x | | | |
| Sodder, Arnold | asodder@tenornetworks.com | 978 206-5110 | | | | |
| Sol, Egbert-jan | ejsol@ase.nl | +49 1735 486426 | x | | | |
| Song, Jaeyeon | jy_song@samsung.com | +82 31 279-5122 | x | | x | x |
| Squire, Matt | msquire@hatterasnetworks.com | 919 991-5460 | | | | |
| Struik, Rene | rstruik@certicom.com | +1 905 501-6083 | x | x | x | x |
| Takagi, Kazuo | kazuo@ccrd.sj.nec.com | +1 408 863-6044 | | | | |
| Thatcher, Jonathan | jonathan.thatcher@ieee.org | +1 509 242-9228 | | x | | x |
| Thompson, Geoff | thompson@ieee.org | 408 495-1339 | | | | |
| Thorsen, Michael | mvt@vitesse.com | 454 485-5942 | x | x | | x |
| Turner, Sandy | slt@lanl.gov | 505 665-0820 | x | | | |
| Veerayah, Kumaran | kveerayah@ntu.edu.org | +65 631 60243 | | | | |
| Vergnand, Gerard | gerard.vergnan@alcatel.fr | +33 155 66 5706 | x | x | x | |
| Vollbrecht, Jedu | jrv@umich.edu | +1 734 395-7890 | | | | |
| Volpano, Dennis | volpano@cranitesystems.net | 831 751-2234 | x | x | x | x |
| Wang, Ray | rwang@zeti.com | 301 944-1319 | x | | | |
| Waters, Geoff | g.waters@motorola.com | 512 996-5815 | x | x | x | x |
| Weber, Karl | karl.weber@siemens.com | +49 171 230-6975 | x | x | | x |
| Weissberger, Alan | weissber@ties.itu.ht | 1 408 863-6042 | | | x | |
| Wils, Joris | jwils@coriolisnet.com | 978 264-0407 | | | | |
| Winkel, Ludwig | ludwig.winkel@siemens.com | +49 721-595-6098 | x | x | x | x |
| Wong, Jin Kue | jkusong@nortelnetworks.com | 613 763-2515 | x | | | |
| Wright, Michael | mwright@rappore | 801 932 2400 x336 | | | | x |
| Wu, Robert | rwu@acctom.com.tw | 011 866-577-0270 | x | | | |
| Yoshihara, Osamu | yoshi@ansl.ntt.co.jp | +81 43 211-3298 | | x | x | |
| Zorn, Glen | gwz@cisco.com | +1 425 344-8113 | | | | |

# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED
2005 JUN 21  PM 3: 09

| | |
|---|---|
| ALCATEL USA RESOURCES, INC.,<br>a Delaware Corporation, and<br>ALCATEL INTERNETWORKING, INC.,<br>a California Corporation,<br><br>               Plaintiffs,<br><br>        v.<br><br>FOUNDRY NETWORKS, INC.,<br>a Delaware Corporation,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

0 5 -   4 1 8

Civil Action No. _____

(JURY TRIAL DEMANDED)

## COMPLAINT FOR PATENT INFRINGEMENT
## AND FOR DECLARATORY JUDGMENT OF NONINFRINGEMENT

Plaintiffs, Alcatel USA Resources, Inc. ("Alcatel Resources"), and Alcatel Internetworking,

Inc. ("Alcatel Internetworking") hereby request a jury trial on all issues so triable, and allege upon

knowledge as to their own acts and upon information and belief as to the acts of defendant, Foundry

Networks, Inc. ("Foundry") as follows:

## COUNT I – PATENT INFRINGEMENT

### A. JURISDICTION AND VENUE

1.     This is a claim for patent infringement arising under the patent laws of the United

States, Title 35 of the United States Code.  This Court has exclusive jurisdiction over the subject

matter of the Complaint under 28 U.S.C. § 1338(a).

2.      Defendant Foundry is a Delaware corporation with a principal place of business at 2100 Gold Street, San Jose, California 95164. Foundry has other office locations in the United States and world-wide. Foundry has committed acts of infringement in this judicial district, does regular business in this judicial district, and has a registered agent for service of process in this district. Venue is proper in this district under 28 U.S.C. §§ 1391(c)-(d) and 1400(b).

3.      Alcatel Resources is a Delaware corporation with headquarters at 3400 W. Plano Parkway, Plano, Texas. Alcatel Resources owns all right, title and interest in and has standing to sue for infringement of the United States Patent Numbers listed below (the "Patents-in-Suit"). The Patents-in-Suit are attached hereto as Exhibits A through H, in the sequence below:

| Number | Title | Short Description |
|---|---|---|
| 5,301,192 | "Temporary Information Storage System Comprising a Buffer Memory Storing Data Structured in Fixed or Variable Length Data Blocks" | The Queuing Patent |
| 5,461,615 | "Asynchronous Switching Node Distributing Cells Dynamically to Outputs Constituting an Irregular Group" | The Multicasting Patent |
| 5,506,840 | "Asynchronous Switching Node and Routing Logic Means for a Switching Element Used Therein" | The Load Balancing Patent |
| 6,339,830 | "Deterministic User Authentication Service for Communication Network" | The LAN Authentication Patent I |
| 6,697,329 | "Operator Directed Routing of Connections in a Digital Communications Network" | The Operator-Selected Path Patent |
| 6,865,153 | "Stage-Implemented QoS Shaping for Data Communication Switch" | The Quality of Service Patent |
| 6,874,090 | "Deterministic User Authentication Service for Communication Network" | The LAN Authentication Patent II |
| 6,882,647 | "Multiple Address Transport in Communication Networks" | The Forwarding Address Replacement Patent |

## B. FOUNDRY'S ACTS OF PATENT INFRINGEMENT

4.      Foundry has infringed one or more claims of each of the Patents-in-Suit in violation of 35 U.S.C. § 271 through, among other activities, the manufacture, use, importation, sale and/or

offer for sale of various network switches and ancillary services and equipment, as described in more detail in the table herein. In addition to its direct infringement, Foundry has also knowingly and intentionally induced others to infringe under 35 U.S.C. § 271(b) (such as its customers and end-users throughout the United States) by intentionally aiding, assisting and encouraging their infringement; and Foundry has knowingly contributed to the infringement of others under 35 U.S.C. § 271(c) (such as its customers and end-users throughout the United States) by supplying its switching equipment and components thereof which are nonstaple articles of commerce having no substantial noninfringing use. The chart below represents Alcatel's current information as to Foundry equipment and components thereof and the patents which are infringed thereby:

| Patent | ServerIron | NetIron | BigIron | FastIron | EdgeIron |
|---|---|---|---|---|---|
| The Queuing Patent | | T | T | T | |
| The Multicasting Patent | | T | T | T | |
| The Load Balancing Patent | T | | T* | | |
| The LAN Authentication Patent I | | T | T | T | T |
| The Operator-Selected Path Patent | | T** | | | |
| The Quality of Service Patent | | T | T | T | |
| The LAN Authentication Patent II | | T | T | T | T |
| The Forwarding Address Replacement Patent | | T** | | | |

T* BigServerIron
T** NetIron with MPLS Module

5.    Foundry=s infringement has injured Alcatel Resources, and Alcatel Resources is entitled to recover damages adequate to compensate it for such infringement, in no event less than a reasonable royalty.

## C. WILLFUL INFRINGEMENT

6.    Foundry has had actual and/or constructive notice of Foundry=s infringement of the Patents-in-Suit, including actual pre-Complaint notice from Alcatel, in meetings and correspondence,

3

of its infringement of the '192, '615, '840, '830 and '329 Patents. Foundry will have had actual notice of its infringement of the '153, '090 and '647 Patents through its receipt of this Complaint.

7.    Foundry's infringement has been willful and deliberate as to the '192, '615, '840, '830 and '329 Patents, and has occurred with knowledge of those patents, in violation of 35 U.S.C. § 284 & 2. Foundry's infringement has injured and will continue to injure Alcatel Resources, unless and until this Court enters an injunction prohibiting further infringement and, specifically, enjoining further manufacture, use, importation, offers for sale and/or sale of Foundry products and/or services that fall within the scope of the Patents-in-Suit.

### D. PRAYER FOR RELIEF

WHEREFORE, Alcatel Resources asks this Court to enter judgment against Foundry and against its subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with them, granting the following relief:

A.    An award of damages adequate to compensate Alcatel Resources for the patent infringement that has occurred, together with prejudgment interest from the date infringement of each respective Patent-in-Suit began, and costs;

B.    An award to Alcatel Resources of all remedies available under 35 U.S.C. § 284, including increased damages up to three times the amount of compensatory damages found;

C.    A finding that this case is exceptional and an award to Alcatel Resources of all remedies available under 35 U.S.C. § 285, including attorney's fees;

D.    A permanent injunction prohibiting further infringement, inducement and contributory infringement of the Patents-in-Suit; and,

E.    Such other and further relief as this Court or a jury may deem proper and just.

4

WP3:1125223.1                                                                          64207.1001

## COUNT II – DECLARATORY JUDGMENT OF NON-INFRINGEMENT, INVALIDITY

### A. JURISDICTION AND VENUE

8.      This action arises under the patent laws of the United States, 35 US.C. §§ 1 et seq. This Court has original jurisdiction under 28 U.S.C. §§ 1331 and 1338(a). Plaintiff Alcatel Internetworking seeks a declaratory judgment pursuant to Sections 2201 and 2202 of Title 28 of the United States Code.

9.      Defendant Foundry is a Delaware corporation with a principal place of business at 2100 Gold Street, San Jose, California 95164. Foundry has other office locations in the United States and world-wide. Foundry does regular business in this judicial district and has a registered agent for service of process in this district. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c).

10.     Plaintiff Alcatel Internetworking is a California corporation doing business in this judicial district, with offices at 26801 West Agoura Road, Calabasas, California 91301.

11.     There is an actual controversy within this judicial district arising under the patent laws of the United States, 35 U.S.C. § 1 et seq., and Declaratory Judgments Act, 28 U.S.C. §§ 2201 et seq., between Alcatel Internetworking and Foundry. An actual controversy exists in that Foundry has accused Alcatel Internetworking of infringement of United States Patent No. 6,118,864 (attached hereto as Exhibit I) based on the sale of its OmniPCX products.

### B. FACTUAL BACKGROUND

12.     Alcatel Internetworking is engaged in the business of developing and providing leading edge telecommunications products for the global market. One such product line sold by Alcatel Internetworking is the OmniPCX.

13.     On information and belief, Foundry claims to have acquired the '864 patent from Carmel Connection, Inc., which is the assignee listed on the patent. Foundry has instituted actions

5

for patent infringement against other companies (notably, Nortel Networks and Lucent) under the '864 patent. Hence, Foundry asserts that it owns and has standing to sue for infringement of the '864 patent.

14.    Foundry has accused Alcatel Internetworking of infringement of the '864 patent through its sale of the OmniPCX products.

## C. PATENT NON-INFRINGEMENT AND INVALIDITY

15.    Alcatel Internetworking has not infringed any valid claim of the '864 patent in any way, i.e., directly, contributorily, or by inducement. Therefore, Alcatel Internetworking is entitled to a judicial declaration that it has not and does not infringe the '864 patent.

16.    The '864 patent is invalid for failure to comply with one or more of the requirements, conditions, and provisions set forth in at least 35 U.S.C. §§ 101, 102, 103, and/or 112.

WP3:1123223.1                                                                            64207.1001

### D. PRAYER FOR RELIEF

WHEREFORE, Alcatel Internetworking asks this Court to enter judgment against Foundry and against its subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with them, granting the following relief:

         A.     A judgment containing a declaration of invalidity of the '864 patent;

         B.     A judgment containing a declaration that Alcatel Internetworking does not infringe any claim of the '864 patent;

         C.     A finding that this case is exceptional and an award to Alcatel Internetworking of all remedies available under 35 U.S.C. § 285, including attorney's fees;

         D.     A permanent injunction prohibiting further assertions that Alcatel infringes the '864 patent; and,

         E.     Such other and further relief as this Court or a jury may deem proper and just.

Respectfully Submitted,

Alcatel USA Resources, Inc., and
Alcatel Internetworking, Inc.

Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West St., Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

Timothy J. Haller
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
haller@nshn.com
Attorneys for Plaintiffs

7

64207.1001

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on November 30, 2006, the within

document was filed with the Clerk of the Court using CM/ECF which will send

notification of such filing(s) to the following; that the document was served on the

following counsel as indicated; and that the document is available for viewing and

downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
jingersoll@ycst.com
jshaw@ycst.com

I hereby certify that on November 30, 2006 I have sent by E-mail and

First-Class Mail the foregoing document to the following non-registered participants:

Robert W. Kantner, Esq.
Mary L. Scott, Esq.
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX 75201-2980
Robert.kantner@bakerbotts.com
Mary.scott@bakerbotts.com

G. Irvin Terrell, Esq.
Rufus W. Oliver, III, Esq.
Scott Partridge, Esq.
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
Irv.terrell@bakerbotts.com
Rufus.oliver@bakerbotts.com
Scott.partridge@bakerbotts.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com