IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOUNDRY NETWORKS, INC.,<br>　　a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALCATEL USA RESOURCES, INC.<br>　　a Delaware Corporation,<br>ALCATEL INTERNETWORKING, INC.,<br>　　a California Corporation,<br>COMPAGNIE FINANCIÈRE ALCATEL<br>　　a French Corporation, and<br>ALCATEL S.A.,<br>　　a French Corporation,<br><br>　　　　Defendants. | Civil Action No. 06-470-SLR<br><br>(JURY TRIAL DEMANDED)<br><br>**PUBLIC VERSION** |

### DECLARATION OF FABIO E. MARINO
### IN SUPPORT OF FOUNDRY'S OPPOSITION TO
### DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b)(2)

Of Counsel:
William L. Anthony
Matthew H. Poppe
Michael F. Heafey
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, California 94025
(650) 614-7400

Garret G. Rasmussen
Antony P. Kim
Orrick, Herrington & Sutcliffe LLP
Washington Harbour
3050 K Street, N.W.
Washington, DC 20007-5135
(202) 339-8400

Dated: November 22, 2006
Public Version: November 30, 2006

Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000
provner@potteranderson.com

*Attorneys for Plaintiff*
*Foundry Networks, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOUNDRY NETWORKS, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL USA RESOURCES, INC. a Delaware Corporation, ALCATEL INTERNETWORKING, INC., a California Corporation, COMPAGNIE FINANCIÈRE ALCATEL a French Corporation, and ALCATEL S.A., a French Corporation, <br><br> Defendants. | ) ) ) ) ) ) Civil Action No. 06-470-SLR ) ) ) ) (JURY TRIAL DEMANDED) ) ) ) ) PUBLIC VERSION ) ) ) ) ) |

### DECLARATION OF FABIO E. MARINO
### IN SUPPORT OF FOUNDRY'S OPPOSITION TO
### DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b)(2)

I, Fabio E. Marino, declare as follows:

1. My name is Fabio E. Marino. I am over the age of eighteen years, of sound mind, and competent to make this Declaration. I have personal knowledge of the facts contained herein and can testify to their truthfulness.

2. I am a partner in the law firm of Orrick, Herrington & Sutcliffe LLP, resident in the firm's Menlo Park, California offices.

3. Among other things, I represent Plaintiff Foundry Network's, Inc. ("Foundry") in connection with its negotiation and execution of intellectual property licensing arrangements. In this capacity, I have been directly involved in pre-suit licensing and trial-settlement discussions related to the infringement action filed by

Alcatel USA Resources, Inc. and Alcatel Internetworking, Inc. against Foundry in the U.S. District Court for Delaware, Docket No. 05-418-SLR (filed on July 27, 2005) (the "Delaware litigation.")

4. In connection with pre-suit licensing discussions prior to Alcatel's filing of the Delaware litigation, I had several meetings with David Hawkes of Compagnie Finiancière Alcatel ("CFA") in the United States. Those meetings include the following:

   a. On or about July 31, 2002, in East Palo Alto, California.

   b. On or about November 26, 2002, in East Palo Alto, California.

   c. On or about February 20, 2003, in East Palo Alto, California.

   d. On or about October 29, 2003, in East Palo Alto, California.

   e. On or about March 18, 2004, in East Palo Alto, California.

   f. On or about April 30, 2004, in East Palo Alto, California.

   g. On or about May 25, 2004, in San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Dated: November 21, 2006

_____
Fabio E. Marino

Public Version: November 30, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on November 30, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-0391
jingersoll@ycst.com
jshaw@ycst.com

I hereby certify that on November 30, 2006 I have sent by E-mail and First-Class Mail the foregoing document to the following non-registered participants:

| | |
|---|---|
| Robert W. Kantner, Esq. | G. Irvin Terrell, Esq. |
| Mary L. Scott, Esq. | Rufus W. Oliver, III, Esq. |
| Baker Botts L.L.P. | Scott Partridge, Esq. |
| 2001 Ross Avenue | Baker Botts L.L.P. |
| Dallas, TX 75201-2980 | One Shell Plaza |
| Robert.kantner@bakerbotts.com | 910 Louisiana Street |
| Mary.scott@bakerbotts.com | Houston, TX 77002-4995 |
| | Irv.terrell@bakerbotts.com |
| | Rufus.oliver@bakerbotts.com |
| | Scott.partridge@bakerbotts.com |

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com