IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOUNDRY NETWORKS, INC., <br> a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL USA RESOURCES, INC. <br> a Delaware Corporation, <br> ALCATEL INTERNETWORKING, INC., <br> a California Corporation, <br> COMPAGNIE FINANCIÈRE ALCATEL <br> a French Corporation, and <br> ALCATEL S.A., <br> a French Corporation, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 06-470-SLR <br><br> (JURY TRIAL DEMANDED) <br><br> **PUBLIC VERSION** |

**DECLARATION OF JAMES E. PARSONS IN SUPPORT OF FOUNDRY'S
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
UNDER RULE 12(b)(2)**

Of Counsel:
William L. Anthony
Matthew H. Poppe
Michael F. Heafey
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, California 94025
(650) 614-7400

Garret G. Rasmussen
Antony P. Kim
Orrick, Herrington & Sutcliffe LLP
Washington Harbour
3050 K Street, N.W.
Washington, DC 20007-5135
(202) 339-8400

Dated: November 22, 2006
Public Version: November 30, 2006

Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000
provner@potteranderson.com

*Attorneys for Plaintiff*
*Foundry Networks, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOUNDRY NETWORKS, INC., <br> a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL USA RESOURCES, INC. <br> a Delaware Corporation, <br> ALCATEL INTERNETWORKING, INC., <br> a California Corporation, <br> COMPAGNIE FINANCIÈRE ALCATEL <br> a French Corporation, and <br> ALCATEL S.A., <br> a French Corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 06-470-SLR <br><br> (JURY TRIAL DEMANDED) <br><br> **PUBLIC VERSION** |

**DECLARATION OF JAMES E. PARSONS IN SUPPORT OF FOUNDRY'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b)(2)**

I, James E. Parsons, declare as follows:

1. My name is James E. Parsons. I am over the age of eighteen years, of sound mind, and competent to make this Declaration. I have personal knowledge of the facts contained here and can testify to their truthfulness.

2. I am employed by Foundry Networks, Inc. ("Foundry"). My title is Associate General Counsel and I perform legal services for Foundry.

3. I am directly responsible for overseeing Foundry's intellectual property activities, including the negotiation and execution of licensing agreements with third parties, as well as the management of litigation.

4. Among other things, I have been directly involved in licensing and settlement discussions related to the patent infringement suit filed by Alcatel USA Resources, Inc. and Alcatel Internetworking, Inc. against Foundry in the U.S. District Court for Delaware, Docket No. 05-418-SLR (filed on June 21, 2005) (the "Delaware litigation"). As part of these discussions, I have on several occasions spoken to Pascal Chauvin and Eric Lucas over the telephone and in person.

5. REDACTED

6. It has been communicated to me by Mr. Chauvin and by Mr. Lucas that Mr. Chauvin has authority to make final litigation settlement decisions for Alcatel, including the Alcatel entities who are plaintiffs in the patent case, concerning the patent infringement lawsuit with Foundry, and to decide whether to grant a license to Foundry under the patents in suit, and more generally, to the entire Alcatel portfolio. Mr. Lucas has communicated to me that he reports to Mr. Chauvin with respect to the patent litigation and licensing/settlement negotiations with Foundry.

7. Mr. Chauvin is French, and he and Eric Lucas have told me that Mr. Chauvin lives in France.

8.   My understanding based on my interactions with and communications with Mr. Chauvin and Mr. Lucas is that Mr. Chauvin is employed by either Alcatel (France) and/or Compagnie Finiancière Alcatel. Mr. Chauvin is not employed, as far as I know, by the plaintiffs in the patent case with Foundry.

9.   My understanding is that Mr. Lucas is currently employed by an Alcatel entity other than the plaintiffs in the patent case with Foundry,

REDACTED

, a true copy of which is attached as part of Exhibit A hereto, and my other interactions with Mr. Lucas.

10.   REDACTED

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Dated: November _21____, 2006    /s/ James E. Parsons
Public Version: November 30, 2006    James E. Parsons

3

# EXHIBIT A



John R. Berres
Vice President and Deputy Director
Intellectual Property

Alcatel
919 18th Street N.W.
Suite 420
Washington, DC 20006
Tel: (202) 457 1924
Fax: (202) 457 1927
john.berres@alcatel.com



Eric S. Lucas
Senior Director - Patent Licensing
CTO

Alcatel North America
645 Mystic Way
Laguna Beach, CA 92651
Tel: (949) 715 2133
E-mail: eric.s.lucas@
alcatel.com



TThomas C. Gellenthien
Intellectual Property Counsel
Intellectual Property Group

Alcatel
919 18th Street NW
Suite 420
Washington, DC 20006
Tel: (202) 457 1925
Fax: (202) 457 1927
ttom.gellenthien@alcatel.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on November 30, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

BY HAND DELIVERY AND E-MAIL

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
jingersoll@ycst.com
jshaw@ycst.com

I hereby certify that on November 30, 2006 I have sent by E-mail and First-Class Mail the foregoing document to the following non-registered participants:

Robert W. Kantner, Esq.
Mary L. Scott, Esq.
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX 75201-2980
Robert.kantner@bakerbotts.com
Mary.scott@bakerbotts.com

G. Irvin Terrell, Esq.
Rufus W. Oliver, III, Esq.
Scott Partridge, Esq.
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
Irv.terrell@bakerbotts.com
Rufus.oliver@bakerbotts.com
Scott.partridge@bakerbotts.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com