IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOUNDRY NETWORKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No.: 06-470-SLR |
| | ) | |
| ALCATEL USA RESOURCES, INC., | ) | |
| ALCATEL INTERNETWORKING, INC., | ) | |
| COMPAGNIE FINANCIÈRE ALCATEL, and | ) | |
| ALCATEL S.A., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO SERVE AND FILE REPLY BRIEFS IN SUPPORT OF MOTIONS TO DISMISS

Defendants respectfully move this court for a one-month extension of time, from December 11, 2006 to January 11, 2007, to file and serve their reply briefs in support of the Motion to Dismiss for Lack of Personal Jurisdiction filed by defendants Alcatel S.A, and Compagnie Financière Alcatel (D.I. 30) and the Motion to Dismiss Amended Complaint for failure to state a claim filed by defendants Alcatel USA Resources, Inc. and Alcatel Internetworking, Inc. (D.I. 35).

The grounds for this motion are that the parties, with the able and assiduous assistance of the Magistrate Judge, have reached a settlement in principle to resolve all of the claims and defenses in both the above-captioned action and in C.A. No. 05-418-SLR. Defendants are doing their part to work diligently to document and finalize the settlement.

Pursuant to D. Del. Local Rule 7.1.1, the undersigned hereby certifies that Defendants' counsel has made a reasonable effort to reach agreement with Foundry's

counsel on the requested extension of time, as documented in the e-mail correspondence attached hereto as Exhibit A. Specifically, in light of the imminent settlement, Defendants' counsel contacted Foundry's counsel twice and requested a one-month extension of time, from December 11, 2006 to January 11, 2007, to file and serve their reply briefs in support of the pending motions to dismiss. Each time, Foundry's counsel responded that only a one-week extension, to December 18, 2006, had been authorized. Foundry's counsel did not respond to a request to reconsider the advisability of a one-week extension. A final telephone call to Foundry's counsel this morning confirmed that Foundry will not reconsider its "one-week extension" position.

Defendants submit that it is not realistic to expect that all of the settlement papers will be finalized and the appropriate stipulations of dismissal filed by December 18, and that weekly requests for extensions would constitute a waste of the parties' and the court's time and resources.

WHEREFORE, Defendants respectfully request that this Court grant their motion and enter an order in the form attached hereto.

YOUNG CONAWAY STARGATT & TAYLOR LLP

*Karen L. Pascale*

Josy W. Ingersoll (#1088) [jingersoll@ycst.com]
John W. Shaw (#3362) [jshaw@ysct.com]
Karen L. Pascale (# 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-0551
Telephone:  (302) 571-6600
*Attorneys for Defendants*

2

*Of Counsel:*

Robert W. Kantner
Mary L. Scott
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, Texas 75201-2980
(214) 953-6500

G. Irvin Terrell
Rufus W. Oliver III
Scott Partridge
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
(713) 229-1234

Dated: December 11, 2006

3

065537.1001

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on December 11, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Philip A. Rovner, Esquire *[provner@potteranderson.com]*
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza
> 1313 N. Market Street
> Wilmington, DE 19801

I further certify that on December 11, 2006, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record, and on the following non-registered participants in the manner indicated:

> ### By E-Mail
>
> William L. Anthony, Esquire *[wanthony@orrick.com]*
> Matthew H. Poppe, Esquire *[mpoppe@orrick.com]*
> Michael F. Heafey, Esquire *[mheafey@orrick.com]*
> ORRICK, HERRINGTON & SUTCLIFFE LLP
> 1000 Marsh Road
> Menlo Park, CA  94025
>
> Garret G. Rasmussen, Esquire *[grasmussen@orrick.com]*
> Antony P. Kim, Esquire *[akim@orrick.com]*
> ORRICK, HERRINGTON & SUTCLIFFE LLP
> Washington Harbour
> 3050 K Street, N.W.
> Washington, DC  20007-5135
> 202-339-8400

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Karen L. Pascale*

Josy W. Ingersoll (#1088) *[jingersoll@ycst.com]*
John W. Shaw (#3362) *[jshaw@ysct.com]*
Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
*Attorneys for Defendants*

# EXHIBIT A

## Pascale, Karen

| | |
|---|---|
| **From:** | Pascale, Karen |
| **Sent:** | Thursday, December 07, 2006 5:02 PM |
| **To:** | 'Rovner, Philip A.' |
| **Cc:** | 'William L. Anthony'; 'Matthew H. Poppe'; 'Michael F. Heafey'; 'Garrett G. Rasmussen'; 'Antony P. Kim'; Shaw, John; Ingersoll, Josy; 'Kantner, Robert'; 'Terrell, Irv'; 'Oliver, Rufus'; 'Partridge, Scott'; 'Scott, Mary'; Eric S. Lucas; Jim Parsons |

**Subject:** RE: Foundry v. Alcatel (C.A. No. 06-470-SLR); Alcatel v. Foundry (05-418-SLR)

Phil, I understand that the parties received an e-mail from the Magistrate today saying she thought we should try to have the cases settled and all documents signed by the end of the year. In light of the impending settlement, I do not see the sense in a one-week extension. Does Foundry really expect that the settlement papers will be finalized and the stipulations of dismissal filed by December 18? Or does Foundry just want us to have to come back and request another extension at the end of next week? That seems like a waste of time for the attorneys and also for Judge Robinson, to have to attend to stipulation after stipulation.

Karen L. Pascale, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Phone: 302-571-5001
Facsimile: 302-576-3516
kpascale@ycst.com

THIS MESSAGE MAY CONTAIN CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATIONS OR OTHER PROTECTED INFORMATION. IF YOU BELIEVE YOU ARE NOT AN INTENDED RECIPIENT (EVEN IF THIS MESSAGE WAS SENT TO YOUR E-MAIL ADDRESS), YOU MAY NOT USE, COPY, OR RETRANSMIT IT. IF YOU BELIEVE YOU RECEIVED THIS MESSAGE BY MISTAKE, PLEASE NOTIFY US BY RETURN E-MAIL, AND THEN DELETE THIS MESSAGE. THANK YOU FOR YOUR COOPERATION.

---

**From:** Rovner, Philip A. [mailto:provner@potteranderson.com]
**Sent:** Thursday, December 07, 2006 4:52 PM
**To:** Pascale, Karen
**Subject:**

Karen: I've been authorized at this time to agree to a one week extension. Accordingly, I've revised the stipulation further extending Alcatel's time to file reply briefs until December 18, 2006. You are authorized to file the attached stipulation.

*Philip A. Rovner, Esq.*
*Potter Anderson & Corroon LLP*
*P.O. Box 951*
*1313 N. Market Street*
*Wilmington, Delaware 19801*
*(302) 984-6000 (main)*
*(302) 984-6140 (direct)*
*(302) 658-1192 (fax)*
*provner@potteranderson.com*

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein

THIS ELECTRONIC MAIL TRANSMISSION AND ANY ATTACHMENTS MAY CONTAIN PRIVILEGED, CONFIDENTIAL, AND/OR PROPRIETARY INFORMATION INTENDED ONLY FOR THE PERSON(S) NAMED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE AUTHORIZED REPRESENTATIVE OF THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION, COPYING, OR DISCLOSURE OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

## Pascale, Karen

| | |
|---|---|
| **From:** | Pascale, Karen |
| **Sent:** | Thursday, December 07, 2006 4:49 PM |
| **To:** | 'Rovner, Philip A.' |
| **Subject:** | RE: Foundry Networks, Inc. v. Alcatel USA Resources, Inc. et al., C.A. No. 06-470-SLR |

**Attachments:**    (5649379_1)_Foundry v. Alcatel_ Stipulation for Extension of Time on Reply Briefs [12-05-06 draft].DOC



(5649379_1)_Foun
   dry v. Alcatel...

Phil:  Have you had an opportunity to ask Jim Parsons about a one-month extension for the filing of defendants' reply briefs in support of the motions to dismiss?

Thank you,

Karen

Karen L. Pascale, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Phone: 302-571-5001
Facsimile: 302-576-3516
kpascale@ycst.com

THIS MESSAGE MAY CONTAIN CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATIONS OR OTHER PROTECTED INFORMATION.  IF YOU BELIEVE YOU ARE NOT AN INTENDED RECIPIENT (EVEN IF THIS MESSAGE WAS SENT TO YOUR E-MAIL ADDRESS), YOU MAY NOT USE, COPY, OR RETRANSMIT IT.  IF YOU BELIEVE YOU RECEIVED THIS MESSAGE BY MISTAKE, PLEASE NOTIFY US BY RETURN E-MAIL, AND THEN DELETE THIS MESSAGE. THANK YOU FOR YOUR COOPERATION.

-----Original Message-----
From: Rovner, Philip A. [mailto:provner@potteranderson.com]
Sent: Wednesday, December 06, 2006 10:13 AM
To: Pascale, Karen
Subject: RE: Foundry Networks, Inc. v. Alcatel USA Resources, Inc. et al., C.A. No. 06-470-SLR

Karen:  I don't have authority at this point to agree to any more than a one week extension.  I suggest that we hold off filing a stipulation until tomorrow.  Jim Parsons will be back in the office and I can speak
to him then about a longer period.

-----Original Message-----
From: Pascale, Karen [mailto:kpascale@ycst.com]
Sent: Tuesday, December 05, 2006 6:18 PM
To: Rovner, Philip A.
Cc: William L. Anthony; Matthew H. Poppe; Michael F. Heafey; Garrett G.
Rasmussen; Antony P. Kim; Shaw, John; Ingersoll, Josy; Kantner, Robert; Terrell, Irv; Oliver, Rufus; Partridge, Scott;
Scott, Mary
Subject: Foundry Networks, Inc. v. Alcatel USA Resources, Inc. et al., C.A. No. 06-470-SLR

<<(5649379_1)_Foundry v. Alcatel_ Stipulation for Extension of Time on Reply Briefs [12-05-06 draft].DOC>>

Dear Phil:  In light of the pending settlement in this action (and in C.A. No. 05-418-SLR), we believe it makes sense to postpone by one month the filing of defendants' reply briefs in support of the motions to dismiss, in order to permit

1

finalization of the settlement (and, hopefully, prompt filing of the appropriate stipulations of dismissal).

Please review the attached draft stipulation, and let us know whether it is acceptable.

Thank you,

Karen

Karen L. Pascale, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Phone: 302-571-5001
Facsimile: 302-576-3516
kpascale@ycst.com

THIS MESSAGE MAY CONTAIN CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATIONS OR OTHER PROTECTED INFORMATION.  IF YOU BELIEVE YOU ARE NOT AN INTENDED RECIPIENT (EVEN IF THIS MESSAGE WAS SENT TO YOUR E-MAIL ADDRESS), YOU MAY NOT USE, COPY, OR RETRANSMIT IT.  IF YOU BELIEVE YOU RECEIVED THIS MESSAGE BY MISTAKE, PLEASE NOTIFY US BY RETURN E-MAIL, AND THEN DELETE THIS MESSAGE. THANK YOU FOR YOUR COOPERATION.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOUNDRY NETWORKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C. A. No.: 06-470-SLR |
| | ) | |
| ALCATEL USA RESOURCES, INC., | ) | |
| ALCATEL INTERNETWORKING, INC., | ) | |
| COMPAGNIE FINANCIÈRE ALCATEL, and | ) | |
| ALCATEL S.A., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

At Wilmington this _____ day of _____, 2006, having considered

Defendants' motion for extension of time to serve and file reply briefs in support of their

motions to dismiss (D.I. 30 and 35), and the parties' arguments in support of and in

opposition to the motion,

IT IS HEREBY ORDERED that that the time for defendants to serve and file reply

briefs in support of the Motion to Dismiss for Lack of Personal Jurisdiction filed by

defendants Alcatel S.A, and Compagnie Financière Alcatel  (D.I. 30) and the Motion to

Dismiss Amended Complaint for failure to state a claim filed by defendants Alcatel USA

Resources, Inc. and Alcatel Internetworking, Inc. (D.I. 35) is hereby extended from

December 11, 2006 to January 11, 2007.

_____
United States District Judge