IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOUNDRY NETWORKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C. A. No.: 06-470-SLR |
| ) | |
| ALCATEL USA RESOURCES, INC., ) | |
| ALCATEL INTERNETWORKING, INC., ) | |
| COMPAGNIE FINANCIÈRE ALCATEL, and ) | |
| ALCATEL S.A., ) | |
| ) | |
| Defendants. ) | |

### AMENDMENT TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO SERVE AND FILE REPLY BRIEFS IN SUPPORT OF MOTIONS TO DISMISS

On December 11, 2006, Defendants filed a motion (D.I. 47) for a one-month extension of time, from December 11, 2006 to January 11, 2007, to file and serve their reply briefs in support of the Motion to Dismiss for Lack of Personal Jurisdiction filed by defendants Alcatel S.A. and Compagnie Financière Alcatel (D.I. 30) and the Motion to Dismiss Amended Complaint for failure to state a claim filed by defendants Alcatel USA Resources, Inc. and Alcatel Internetworking, Inc. (D.I. 35). For the reasons set forth below, Defendants amend their request for an extension of time and respectfully seek an additional two-week extension, until January 25, 2007, to file and serve their reply briefs.

The extension was requested in order to permit the parties to document and finalize a settlement which will resolve all of the claims and defenses in both the above-captioned action and in C.A. No. 05-418-SLR. Thanks to diligent efforts on both sides, and continued monitoring and assistance from Magistrate Judge Thynge, the parties have exchanged numerous drafts of the relevant agreements over the last month or so. There is

now only one subsidiary issue left to be resolved. Defendants fully expect that the remaining issue can be worked out, and all of the settlement papers finalized, in the very near future. However, it is not certain that all of the settlement papers will be finalized and the appropriate stipulations of dismissal filed by January 11. Therefore, Defendants respectfully submit that an additional two-week extension of time, to January 25, is appropriate and reasonable.

Pursuant to D. Del. Local Rule 7.1.1, the undersigned hereby certifies that Foundry is on record as opposing any extension beyond December 18, 2006 (see D.I. 48), and has not withdrawn or otherwise modified its opposition.

WHEREFORE, Defendants respectfully request that this Court grant their motion (D.I. 47), as amended herein, and enter an order in the form attached hereto.

Dated: January 8, 2007

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

Josy W. Ingersoll (#1088) [jingersoll@ycst.com]
John W. Shaw (#3362) [jshaw@ysct.com]
Karen L. Pascale (# 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0551
Telephone: (302) 571-6600
*Attorneys for Defendants*

*Of Counsel:*

Robert W. Kantner
Mary L. Scott
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, Texas 75201-2980
(214) 953-6500

G. Irvin Terrell
Rufus W. Oliver III
Scott Partridge
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
(713) 229-1234

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on January 8, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Philip A. Rovner, Esquire *[provner@potteranderson.com]*
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza
> 1313 N. Market Street
> Wilmington, DE 19801

I further certify that on January 8, 2007, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record, and on the following non-registered participants in the manner indicated:

### *By E-Mail*

> William L. Anthony, Esquire *[wanthony@orrick.com]*
> Matthew H. Poppe, Esquire *[mpoppe@orrick.com]*
> Michael F. Heafey, Esquire *[mheafey@orrick.com]*
> ORRICK, HERRINGTON & SUTCLIFFE LLP
> 1000 Marsh Road
> Menlo Park, CA 94025

> Garret G. Rasmussen, Esquire *[grasmussen@orrick.com]*
> Antony P. Kim, Esquire *[akim@orrick.com]*
> ORRICK, HERRINGTON & SUTCLIFFE LLP
> Washington Harbour
> 3050 K Street, N.W.
> Washington, DC 20007-5135
> 202-339-8400

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale

Josy W. Ingersoll (#1088) *[jingersoll@ycst.com]*
John W. Shaw (#3362) *[jshaw@ysct.com]*
Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOUNDRY NETWORKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C. A. No.: 06-470-SLR |
| | ) | |
| ALCATEL USA RESOURCES, INC., | ) | |
| ALCATEL INTERNETWORKING, INC., | ) | |
| COMPAGNIE FINANCIÈRE ALCATEL, and | ) | |
| ALCATEL S.A., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington this ____ day of _____, 2007, having considered Defendants' motion for extension of time (D.I. 47), as amended (D.I. ____), to serve and file reply briefs in support of their motions to dismiss (D.I. 30 and 35), and the parties' arguments in support of and in opposition to the motion,

IT IS HEREBY ORDERED that that the time for defendants to serve and file reply briefs in support of the Motion to Dismiss for Lack of Personal Jurisdiction filed by defendants Alcatel S.A, and Compagnie Financière Alcatel (D.I. 30) and the Motion to Dismiss Amended Complaint for failure to state a claim filed by defendants Alcatel USA Resources, Inc. and Alcatel Internetworking, Inc. (D.I. 35) is hereby extended from December 11, 2006 to January 25, 2007.

_____
United States District Judge