IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOUNDRY NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL USA RESOURCES, INC., <br> ALCATEL INTERNETWORKING, INC., <br> COMPAGNIE FINANCIÈRE ALCATEL, <br> and ALCATEL S.A., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No: 06-470-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendants to serve and file reply briefs in support of the Motion to Dismiss for Lack of Personal Jurisdiction filed by defendants Alcatel S.A, and Compagnie Financière Alcatel (D.I. 30) and the Motion to Dismiss Amended Complaint for failure to state a claim filed by defendants Alcatel USA Resources, Inc. and Alcatel Internetworking, Inc. (D.I. 35) is hereby extended to February 22, 2007.

| POTTER ANDERSON & CORROON LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| /s/ *Philip A. Rovner* | /s/ *Karen L. Pascale* |
| Philip A. Rovner (#3215) <br> Hercules Plaza <br> P.O. Box 951 <br> Wilmington, DE 19899-0951 <br> Telephone: (302) 984-6000 <br> provner@potteranderson.com <br> *Attorneys for Plaintiff* | Josy W. Ingersoll (#1088) <br> John W. Shaw (#3362) <br> Karen L. Pascale (#2903) [kpascale@ycst.com] <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE 19899-0551 <br> Telephone: (302) 571-6600 <br> *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on February 7, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Philip A. Rovner, Esquire *[provner@potteranderson.com]*
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza
> 1313 N. Market Street
> Wilmington, DE 19801

I further certify that on February 7, 2007, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record, and on the following non-registered participants in the manner indicated:

### By E-Mail

> William L. Anthony, Esquire *[wanthony@orrick.com]*
> Matthew H. Poppe, Esquire *[mpoppe@orrick.com]*
> Michael F. Heafey, Esquire *[mheafey@orrick.com]*
> ORRICK, HERRINGTON & SUTCLIFFE LLP
> 1000 Marsh Road
> Menlo Park, CA 94025

> Garret G. Rasmussen, Esquire *[grasmussen@orrick.com]*
> Antony P. Kim, Esquire *[akim@orrick.com]*
> ORRICK, HERRINGTON & SUTCLIFFE LLP
> Washington Harbour
> 3050 K Street, N.W.
> Washington, DC 20007-5135
> 202-339-8400

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale
_____
Josy W. Ingersoll (#1088) *[jingersoll@ycst.com]*
John W. Shaw (#3362) *[jshaw@ysct.com]*
Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
*Attorneys for Defendants*